UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

                              Plaintiff(s),                    CASE NO. 07-CIV-7974

        -against-

AT&T CORP., **ET AL.**,                                        **AFFIDAVIT OF SERVICE**

                              Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK        )
                                     s.s.:
COUNTY OF NEW YORK       )

        JASON AGEE, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.
        That on the 12th day of September, 2007, at approximately 3:44 p.m., deponent served a
true copy of the **SUMMONS IN A CIVIL ACTION and PETITION FOR TURNOVER
PROCEEDING** upon JPMorgan Chase Bank, N.A. c/o C.T. Corporation System-Registered
Agent at 111 Eighth Avenue, New York, New York by personally delivering and leaving the
same with Nora Dindyal, Process Specialist, who is authorized by appointment to accept
service.
        Nora Dindyal is a brown-skinned female, approximately 42 years of age, is
approximately 5 feet and 5 inches tall, weighs approximately 120 pounds, with medium length
black hair and dark eyes and was wearing glasses.


Sworn to before me this
12th day of September, 2007                          JASON AGEE #1196790


MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010