UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

                    Plaintiff(s),           CASE NO. 07-CIV-7974

  -against-

AT&T CORP., **ET AL.**,                 **AFFIDAVIT OF SERVICE**

                    Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK    )
                    s.s.:
COUNTY OF NEW YORK  )

     MICHAEL J. KEATING, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
     That on the 14th day of September, 2007, at approximately 2:50 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION and PETITION FOR TURNOVER PROCEEDING** upon JPMorgan Chase Bank, N.A.-Attention: Michael Pearce at One Chase Manhattan Plaza, New York, New York by personally delivering and leaving the same with Linda Platone, Legal Specialist, who is authorized by appointment to accept service.
     Linda Platone is a white female, approximately 45-50 years of age, is approximately 5 feet and 5 inches tall, weighs approximately 175 pounds, with long blonde hair and light eyes.

Sworn to before me this
14th day of September, 2007

                                            MICHAEL J. KEATING #848345

JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01WA-4851557
Qualified in Queens County
Certificate Filed in New York County
Commission expires February 17, 2010