UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

                              Plaintiff(s),              CASE NO. 07-CIV-7974

        -against-

AT&T CORP., **ET AL.**,                                 **AFFIDAVIT OF SERVICE**

                              Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK          )
                                s.s.:
COUNTY OF NEW YORK         )

        JASON AGEE, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.
        That on the 12th day of September, 2007, at approximately 1:12 p.m., deponent served a
true copy of the **PETITION FOR TURNOVER PROCEEDING** upon Sidley Austin-
Attention: Lynn A. Dummett, Esq. at 787 Seventh Avenue, New York, New York by personally
delivering and leaving the same with Mr. Wilson, Messenger Center, who is authorized by
appointment to accept service.
        Mr. Wilson is an olive-skinned Hispanic male, approximately 24 years of age, is
approximately 5 feet and 8 inches tall, weighs approximately 250 pounds, with short black hair
and dark eyes.


Sworn to before me this
12th day of September, 2007              JASON AGEE #1196790

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010