Lynn A. Dummett
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys For Garnishee AT&T Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GARY ANDERSON, as the Personal     :
Representative of the Estate of Howard     :    Case No. 07 Civ. 7974 (VM)
Anderson,     :
    :    **RULE 7.1 STATEMENT**
                 Plaintiff,     :
    :
         vs.     :
    :
AT&T CORP., CUBAN AMERICAN     :
TELEPHONE AND TELEGRAPH     :
COMPANY, and JPMORGAN CHASE BANK,   :
N.A.,     :
    :
            Garnishees.     :
-----------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

attorney of record for Garnishee AT&T Corp., a nongovernmental corporate party, certifies that

AT&T Corp. is a wholly-owned subsidiary of AT&T Inc., which itself is a publicly-held

company.  No publicly-held company owns more than 10% of AT&T Inc. stock.

Dated:  New York, New York
        October 2, 2007

                                    SIDLEY AUSTIN LLP

                                    By: _____
                                        Lynn A. Dummett
                                        787 Seventh Avenue
                                        New York, New York  10019
                                        (212) 839-5300

                                    Attorneys for Garnishee AT&T Corp.


Of Counsel:

Suzanne L. Montgomery, Esq.
AT&T Corp. – Senior Litigation Attorney
One AT&T Way
Bedminster, New Jersey  07921


NY1 6348235v.1