Lynn A. Dummett
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys For Garnishee Cuban American Telephone and Telegraph Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

              Plaintiff,

              vs.

AT&T CORP., CUBAN AMERICAN
TELEPHONE AND TELEGRAPH
COMPANY, and JPMORGAN CHASE BANK,
N.A.,

              Garnishees.

-----------------------------------------------------------x

Case No. 07 Civ. 7974 (VM)

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Garnishee Cuban American Telephone and Telegraph Company ("CATT"), a nongovernmental corporate party, certifies that CATT's parent corporation is AT&T Corp., that CATT is a wholly-owned subsidiary of AT&T Corp., and that CATT is not publicly traded in the United States.

Dated: New York, New York
      October 2, 2007

SIDLEY AUSTIN LLP

By: _____
Lynn A. Dummett
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Garnishee Cuban American
Telephone and Telegraph Company

Of Counsel:

Suzanne L. Montgomery, Esq.
AT&T Corp. – Senior Litigation Attorney
One AT&T Way
Bedminster, New Jersey 07921

NY1 6348241v.1