UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――――x
:
GARY ANDERSON, as the Personal :
Representative of the Estate of Howard :
Anderson, :
:
          Plaintiff, :
:
  - against - :
:
AT&T CORP., CUBAN AMERICAN :
TELEPHONE AND TELEGRAPH COMPANY, :
and JPMORGAN CHASE BANK, N.A., :
:
          Garnishees. :
:
――――――――――――――――――――――――x
:
JPMORGAN CHASE BANK, N.A., : 07 Civ. 7974 (VM)
:
      Garnishee-Respondent and :
      Third-Party Petitioner, : **RULE 7.1 STATEMENT**
:
  - against - :
:
GARY ANDERSON, as the Personal :
Representative of the Estate of Howard :
Anderson, :
:
      Plaintiff-Petitioner and :
      Adverse Claimant- :
      Respondent, :
:
     and :
:
AT&T CORP., and CUBAN AMERICAN :
TELEPHONE AND TELEGRAPH COMPANY, :
:
      Garnishee-Respondents :
      and Adverse Claimant- :
      Respondents, :
:
     and :

JEANETTE HAUSLER as Successor Personal : 
Representative of the Estate of ROBERT OTIS : 
FULLER, ("BOBBY FULLER"), Deceased, on : 
behalf of THOMAS CASKEY as Personal : 
Representative of the Estate of LYNITA : 
FULLER CASKEY, surviving daughter of : 
ROBERT OTIS FULLER, The ESTATE OF : 
ROBERT OTIS FULLER, FREDERICK : 
FULLER, FRANCES FULLER, GRACE : 
LUTES, JEANNETTE HAUSLER AND IRENE : 
MOSS, :
:
        Adverse Claimant- :
        Respondent, :
:
and :
:
ANA MARGARITA MARTINEZ, :
:
        Adverse Claimant- :
        Respondent, :
:
and :
:
THE REPUBLIC OF CUBA, :
:
        Adverse Claimant- :
        Respondent. :
:
------------------------------------------------------------ x

    Pursuant to Federal Rule of Civil Procedure 7.1, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for JPMorgan Chase Bank, N.A., a private non-governmental party, certifies that the publicly held corporate parents, subsidiaries or

affiliates of such party are:

JPMorgan Chase & Co.

Dated: New York, New York
October 3, 2007

DAVIS POLK & WARDWELL

By: _____
James L. Kerr (JK-3900)
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

Attorneys For Garnishee-Respondent
JPMorgan Chase Bank, N.A.

TO: Joseph A. DeMaria, Esq.
Bryan Thomas West, Esq.
TEW CARDENAS LLP
Four Seasons Tower
1441 Brickell Avenue
15th Floor
Miami, Florida 33131-3407

    Attorneys for Plaintiff Petitioner and Adverse
        Claimant-Respondent Gary Anderson, as Personal
        Representative of the Estate of Howard Anderson

Joseph A. DeMaria, Esq.
Bryan Thomas West, Esq.
TEW CARDENAS LLP
Four Seasons Tower
1441 Brickell Avenue
15th Floor
Miami, Florida 33131-3407

    Attorneys for Adverse Claimant-Respondent
        Ana Margarita Martinez

JEANNETTE HAUSLER
7301 Ponce de Leon Road

Miami, Florida 33143-6154

    Adverse Claimant-Respondent

- and -

Roberto Martinez
RASCO REININGER PEREZ ESQUENAZI & VIGIL, P.A.
283 Catalonia Avenue
Coral Gable, Florida 33134

- and -

COLSON HICKS EIDSON
255 Aragon Avenue
Coral Gables, Florida 33134

> Attorneys for Adverse Claimant-Respondent Jeannette Hausler

Lynn A. Dummett, Esq.
SIDLEY AUSTIN LLC
787 Seventh Avenue
New York, New York 10019

> Attorneys for Garnishee-Respondent and Adverse Claimant-Respondent AT&T Corp.

Lynn A. Dummett, Esq.
SIDLEY AUSTIN LLC
787 Seventh Avenue
New York, New York 10019

> Attorneys for Garnishee-Respondent and Adverse Claimant-Respondent Cuban American Telephone and Telegraph Company

THE REPUBLIC OF CUBA
c/o Felipe Perez Roque
Minister of Foreign Relations
Calzada No. 360
Esquina AG
Vedado
Havana Cuba

> Adverse Claimant-Respondent