Lynn A. Dummett
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys For Garnishees-Respondents AT&T Corp. and Cuban American Telephone and Telegraph Company*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-24-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GARY ANDERSON, as the Personal          :
Representative of the Estate of Howard  :
Anderson,                               :
                                        :
                  Plaintiff,            :    Case No. 07 Civ. 7974 (VM)
                                        :
        vs.                             :
                                        :
AT&T CORP., CUBAN AMERICAN              :
TELEPHONE AND TELEGRAPH                 :
COMPANY, and JPMORGAN CHASE BANK,       :
N.A.,                                   :
                                        :
                  Garnishees.           :
                                        :
-----------------------------------------------------------x
JPMORGAN CHASE BANK, N.A.,              :
                                        :
            Garnishee-Respondent and    :
            Third-Party Petitioner,     :
                                        :
        vs.                             :
                                        :
GARY ANDERSON, as the Personal          :
Representative of the Estate of Howard  :
Anderson,                               :
                                        :
                  Plaintiff-Petitioner and :
                  Adverse Claimant-     :
                  Respondent,           :
                                        :
        and                             :
                                        :

```
AT&T CORP., and CUBAN AMERICAN          :
TELEPHONE AND TELEGRAPH                 :
COMPANY,                                :
                                        :
          Garnishee-Respondents         :
          and Adverse Claimant-         :
          Respondents,                  :
                                        :
     and                                :
                                        :
JEANNETTE HAUSLER as Successor          :
Personal Representative of the Estate of:
ROBERT OTIS FULLER, ("BOBBY             :
FULLER"), Deceased, on behalf of THOMAS :
CASKEY as Personal Representative of the:
Estate of LYNITA FULLER CASKEY,         :
surviving daughter of ROBERT OTIS       :
FULLER, The ESTATE OF ROBERT OTIS       :
FULLER, FREDERICK FULLER, FRANCES       :
FULLER, GRACE LUTES, JEANNETTE          :
HAUSLER AND IRENE MOSS,                 :
                                        :
          Adverse Claimant-             :
          Respondent,                   :
                                        :
     and                                :
                                        :
ANA MARGARITA MARTINEZ,                 :
                                        :
          Adverse Claimant-             :
          Respondent,                   :
                                        :
     and                                :
                                        :
THE REPUBLIC OF CUBA,                   :
                                        :
          Adverse Claimant-             :
          Respondent.                   :
----------------------------------------x
```

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that the time for Garnishees-Respondents AT&T Corp. and Cuban American

2

Telephone and Telegraph Company to answer, move, or otherwise respond with respect to the Third-Party Petition of JPMorgan Chase Bank, N.A. in this action shall be extended to and including November 16, 2007. No prior request for an extension has been submitted.

Dated: New York, New York
      October 19, 2007

SIDLEY AUSTIN LLP

By: _____
    Lynn A. Dummett (LD-2718)

787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Garnishees-Respondents
AT&T Corp. & Cuban American
Telephone and Telegraph Company

DAVIS POLK & WARDWELL

By: _____
    James L. Kerr (JK-3900)

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

Attorneys for Third-Party Petitioner
JPMorgan Chase Bank, N.A.

SO ORDERED: 23 October 2007

_____
U.S.D.J.
**Victor Marrero**

NY1 6375526v.1

3