USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-24-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

                Plaintiff,

vs.

AT&T CORP., CUBAN AMERICAN
TELEPHONE AND TELEGRAPH
COMPANY, and JPMORGAN CHASE BANK,
N.A.,

                Garnishees.

------------------------------------------------------------x
JPMORGAN CHASE BANK, N.A.,

                Garnishee-Respondent and
                Third-Party Petitioner,

vs.

GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

                Plaintiff-Petitioner and
              Adverse Claimant-
              Respondent,

and

AT&T CORP., and CUBAN AMERICAN
TELEPHONE AND TELEGRAPH
COMPANY,

                Garnishee-Respondents
              and Adverse Claimant-
              Respondents,

Case No. 07 Civ. 7974 (VM)

|  |  |
|---|---|
| and | : |
|  | : |
| JEANNETTE HAUSLER as Successor | : |
| Personal Representative of the Estate of | : |
| ROBERT OTIS FULLER, ("BOBBY | : |
| FULLER"), Deceased, on behalf of THOMAS | : |
| CASKEY as Personal Representative of the | : |
| Estate of LYNITA FULLER CASKEY, | : |
| surviving daughter of ROBERT OTIS | : |
| FULLER, The ESTATE OF ROBERT OTIS | : |
| FULLER, FREDERICK FULLER, FRANCES | : |
| FULLER, GRACE LUTES, JEANNETTE | : |
| HAUSLER AND IRENE MOSS, | : |
|  | : |
| Adverse Claimant-Respondent, | : |
|  | : |
| and | : |
|  | : |
| ANA MARGARITA MARTINEZ, | : |
|  | : |
| Adverse Claimant-Respondent, | : |
|  | : |
| and | : |
|  | : |
| THE REPUBLIC OF CUBA, | : |
|  | : |
| Adverse Claimant-Respondent. | : |

------------------------------------------------------------x

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for Plaintiff-Petitioner and Adverse Claimant-Respondent Gary Anderson, as the Personal Representative of the Estate of Howard Anderson, and Adverse Claimant-Respondent Ana Margarita Martinez to answer, move, or otherwise respond with respect to the Third-Party Petition of JPMorgan Chase Bank, N.A. in this action shall be extended to and including

November 16, 2007. No prior request for an extension has been submitted.

Dated: New York, New York
October 24, 2007

TEW CARDENAS LLP

By: /s/ Bryan T. West
Joseph A. DeMaria, Esq. (JD 5668)
Bryan T. West, Esq. (BW 8739)
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Phone: 305 536-1112

Attorneys for Plaintiff-Petitioner
and Adverse Claimant-Respondent
Gary Anderson, as the Personal
Representative of the Estate of
Howard Anderson, and Adverse
Claimant-Respondent Ana
Margarita Martinez

DAVIS POLK & WARDWELL

By: /s/
James L. Kerr (JK-3900)
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

Attorneys for Third-Party Petitioner
JPMorgan Chase Bank, N.A.

SO ORDERED: 24 October 2007

_____
U.S.D.J.
Victor Marrero

NY1 6375526v.1