MARRERO, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-07

Lynn A. Dummett
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys For Garnishees-Respondents AT&T Corp. and Cuban American Telephone and Telegraph Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

          Plaintiff,

      vs.

AT&T CORP., CUBAN AMERICAN
TELEPHONE AND TELEGRAPH
COMPANY, and JPMORGAN CHASE BANK,
N.A.,

          Garnishees.
-------------------------------------------------------x
JPMORGAN CHASE BANK, N.A.,

          Garnishee-Respondent and
          Third-Party Petitioner,

      vs.

GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

          Plaintiff-Petitioner and
          Adverse Claimant-
          Respondent,

      and

Case No. 07 Civ. 7974 (VM)

AT&T CORP., and CUBAN AMERICAN TELEPHONE AND TELEGRAPH COMPANY,

    Garnishee-Respondents and Adverse Claimant-Respondents,

and

JEANNETTE HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER, ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, The ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCES FULLER, GRACE LUTES, JEANNETTE HAUSLER AND IRENE MOSS,

    Adverse Claimant-Respondent,

and

ANA MARGARITA MARTINEZ,

    Adverse Claimant-Respondent,

and

THE REPUBLIC OF CUBA,

    Adverse Claimant-Respondent.

-------------------------------------------------------x

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that the time for Garnishees-Respondents AT&T Corp. and Cuban American

2

Telephone and Telegraph Company to answer, move, or otherwise respond with respect to the Third-Party Petition of JPMorgan Chase Bank, N.A. in this action shall be extended to and including December 17, 2007. One prior request for an extension has been submitted.

Dated: New York, New York
November 14, 2007

SIDLEY AUSTIN LLP

By: _____
Lynn A. Dummett (LD-2717)

787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Garnishees-Respondents
AT&T Corp. & Cuban American
Telephone and Telegraph Company

DAVIS POLK & WARDWELL

By: _____
James L. Kerr (JK-3900)

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

Attorneys for Third-Party Petitioner
JPMorgan Chase Bank, N.A.

SO ORDERED: 16 November 2007

_____
U.S.D.J.
Victor Marrero

3