USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-07

Marrero, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

            Plaintiff,

- against -

AT&T CORP., CUBAN AMERICAN
TELEPHONE AND TELEGRAPH COMPANY,
and JPMORGAN CHASE BANK, N.A.,

            Garnishees.

---------------------------------------x

JPMORGAN CHASE BANK, N.A.,

            Garnishee-Respondent and
            Third-Party Petitioner,

- against -

GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

            Plaintiff-Petitioner and
            Adverse Claimant-
            Respondent,

        and

AT&T CORP., and CUBAN AMERICAN
TELEPHONE AND TELEGRAPH COMPANY,

            Garnishee-Respondents
            and Adverse Claimant-
            Respondents,

        and

07 Civ. 7974 (VM)

| | |
|---|---|
| JEANETTE HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER, ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, The ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCES FULLER, GRACE LUTES, JEANNETTE HAUSLER AND IRENE MOSS, | : : : : : : : : : : : |
|       Adverse Claimant-Respondent, | : : |
| and | : |
| ANA MARGARITA MARTINEZ, | : |
|       Adverse Claimant-Respondent, | : : |
| and | : |
| THE REPUBLIC OF CUBA, | : |
|       Adverse Claimant-Respondent. | : : |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for Plaintiff-Petitioner and Adverse Claimant-Respondent Gary Anderson, as the Personal Representative of the Estate of Howard Anderson, and Adverse Claimant-Respondent Ana Margarita Martinez to answer, move, or otherwise respond with respect to the Third-Party Petition of JPMorgan Chase Bank, N.A. in this action shall be

2

extended to and including December 17, 2007. One prior request for an extension has been submitted.

Dates: New York, New York
       November 14, 2007

TEW CARDENAS LLP

By: /s/ Bryan T. West
Joseph A. DeMaria, Esq. (JD 5668)
Bryan T. West, Esq. (BW 8739)
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Phone: 305 536-1112

Attorneys for Plaintiff-Petitioner
and Adverse Claimant-Respondent
Gary Anderson, as the Personal
Representative of the Estate of
Howard Anderson, and Adverse
Claimant-Respondent Ana
Margarita Martinez

DAVIS POLK & WARDWELL

By: /s/ James L. Kerr
James L. Kerr (JK-3900)
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

Attorneys for Third-party Petitioner
JPMorgan Chase Bank, N.A.

SO ORDERED: 16 November 2007

_____
U.S.D.J.
Victor Marrero

3