MARRERO /J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

                Plaintiff,

      - against -

AT&T CORP., CUBAN AMERICAN
TELEPHONE AND TELEGRAPH COMPANY,
and JPMORGAN CHASE BANK, N.A.,

                Garnishees.

----------------------------------------x

JPMORGAN CHASE BANK, N.A.,

                Garnishee-Respondent and
                Third-Party Petitioner,

      - against -

GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

                Plaintiff-Petitioner and
                Adverse Claimant-
                Respondent,

         and

AT&T CORP., and CUBAN AMERICAN
TELEPHONE AND TELEGRAPH COMPANY,

                Garnishee-Respondents
                and Adverse Claimant-
                Respondents,

      and

07 Civ. 7974 (VM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-19-07

JEANETTE HAUSLER as Successor Personal                    :
Representative of the Estate of ROBERT OTIS               :
FULLER, ("BOBBY FULLER"), Deceased, on                   :
behalf of THOMAS CASKEY as Personal                      :
Representative of the Estate of LYNITA                    :
FULLER CASKEY, surviving daughter of                     :
ROBERT OTIS FULLER, The ESTATE OF                        :
ROBERT OTIS FULLER, FREDERICK                            :
FULLER, FRANCES FULLER, GRACE                            :
LUTES, JEANNETTE HAUSLER AND IRENE                       :
MOSS,                                                     :
                                                         :
          Adverse Claimant-                                :
          Respondent,                                      :
                                                         :
    and                                                     :
                                                         :
ANA MARGARITA MARTINEZ,                                  :
                                                         :
          Adverse Claimant-                                :
          Respondent,                                      :
                                                         :
    and                                                     :
                                                         :
THE REPUBLIC OF CUBA,                                    :
                                                         :
          Adverse Claimant-                                :
          Respondent.                                      :
                                                         :
————————————————————————————— x

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

that the time for Plaintiff-Petitioner and Adverse Claimant-Respondent Gary Anderson,

as the Personal Representative of the Estate of Howard Anderson, and Adverse Claimant-

Respondent Ana Margarita Martinez to answer, move, or otherwise respond with respect

to the Third-Party Petition of JPMorgan Chase Bank, N.A. in this action shall be

2

extended to and including January 18, 2008. Two prior requests for an extension have

been submitted.

Dates: New York, New York
        December 17, 2007

TEW CARDENAS LLP                         DAVIS POLK & WARDWELL

By: _Bryan T. West_                      By: _____
Joseph A. DeMaria, Esq. (JD 5668)        James L. Kerr (JK-3900)
Bryan T. West, Esq. (BW 8739)            450 Lexington Avenue
1441 Brickell Avenue, 15th Floor         New York, New York 10017
Miami, Florida 33131                     (212) 450-4000
Phone: 305 536-1112

Attorneys for Plaintiff-Petitioner       Attorneys for Third-party Petitioner
and Adverse Claimant-Respondent          JPMorgan Chase Bank, N.A.
Gary Anderson, as the Personal
Representative of the Estate of
Howard Anderson, and Adverse
Claimant-Respondent Ana
Margarita Martinez

SO ORDERED: _19 December 2007_

_____
              U.S.D.J.
        Victor Marrero

3