USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

MARRERO /J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

        Plaintiff,

  vs.

AT&T CORP., CUBAN AMERICAN
TELEPHONE AND TELEGRAPH
COMPANY, and JPMORGAN CHASE BANK,
N.A.,

        Garnishees.

-----------------------------------------------------------x   Case No. 07 Civ. 7974 (VM)

JPMORGAN CHASE BANK, N.A.,

        Garnishee-Respondent and
        Third-Party Petitioner,

  vs.

GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

        Plaintiff-Petitioner and
        Adverse Claimant-
        Respondent,

  and

AT&T CORP., and CUBAN AMERICAN
TELEPHONE AND TELEGRAPH
COMPANY,

        Garnishee-Respondents
        and Adverse Claimant-
        Respondents,

  and

```
JEANNETTE HAUSLER as Successor          :
Personal Representative of the Estate of :
ROBERT OTIS FULLER, ("BOBBY              :
FULLER"), Deceased, on behalf of THOMAS  :
CASKEY as Personal Representative of the :
Estate of LYNITA FULLER CASKEY,          :
surviving daughter of ROBERT OTIS        :
FULLER, The ESTATE OF ROBERT OTIS        :
FULLER, FREDERICK FULLER, FRANCES        :
FULLER, GRACE LUTES, JEANNETTE           :
HAUSLER AND IRENE MOSS,                  :
                                         :
            Adverse Claimant-            :
            Respondent,                  :
                                         :
      and                                :
                                         :
ANA MARGARITA MARTÍNEZ,                  :
                                         :
            Adverse Claimant-            :
            Respondent,                  :
                                         :
      and                                :
                                         :
THE REPUBLIC OF CUBA,                    :
                                         :
            Adverse Claimant-            :
            Respondent.                  :
-----------------------------------------x
```

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that the time for Garnishees-Respondents AT&T Corp. and Cuban American Telephone and Telegraph Company to answer, move, or otherwise respond with respect to the Third-Party Petition of JPMorgan Chase Bank, N.A. in this action shall be extended to and

2

including January 25, 2008. This is the last request for an extension that will be made by the parties.

Dated: New York, New York
       January 18, 2008

SIDLEY AUSTIN LLP

By: _____
    Lynn A. Dunamett (LD-2717)

787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Garnishees-Respondents
AT&T Corp. & Cuban American
Telephone and Telegraph Company

DAVIS POLK & WARDWELL

By: _____
    James L. Kerr (JK-3900)

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

Attorneys for Third-Party Petitioner
JPMorgan Chase Bank, N.A.

SO ORDERED: 22 January 2008

_____
U.S.D.J.
**Victor Marrero**

NY1 6375526v.1

3