M ARRERO / J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
GARY ANDERSON, as the Personal          :
Representative of the Estate of Howard  :
Anderson,                               :
                                        :
                Plaintiff,              :   07 Civ. 7974 (VM)
                                        :
        - against -                     :
                                        :
AT&T CORP., CUBAN AMERICAN              :
TELEPHONE AND TELEGRAPH COMPANY,        :
and JPMORGAN CHASE BANK, N.A.,          :
                                        :
                Garnishees.             :
                                        :
---------------------------------------- x
JPMORGAN CHASE BANK, N.A.,              :
                                        :
                Garnishee-Respondent and :
                Third-Party Petitioner, :
                                        :
        - against -                     :
                                        :
GARY ANDERSON, as the Personal          :
Representative of the Estate of Howard  :
Anderson,                               :
                                        :
                Plaintiff-Petitioner and :
                Adverse Claimant-       :
                Respondent,             :
                                        :
        and                             :
                                        :
AT&T CORP., and CUBAN AMERICAN          :
TELEPHONE AND TELEGRAPH COMPANY,        :
                                        :
                Garnishee-Respondents   :
                and Adverse Claimant-   :
                Respondents,            :
                                        :
        and                             :

|  |  |
|---|---|
| JEANETTE HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER, ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, The ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCES FULLER, GRACE LUTES, JEANNETTE HAUSLER AND IRENE MOSS, | : |
| Adverse Claimant-Respondent, | : |
| and | : |
| ANA MARGARITA MARTINEZ, | : |
| Adverse Claimant-Respondent, | : |
| and | : |
| THE REPUBLIC OF CUBA, | : |
| Adverse Claimant-Respondent. | : |

------------------------------------------------------------ x

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for Plaintiff-Petitioner and Adverse Claimant-Respondent Gary Anderson, as the Personal Representative of the Estate of Howard Anderson, and Adverse Claimant-Respondent Ana Margarita Martinez to answer, move, or otherwise respond with respect to the Third-Party Petition of JPMorgan Chase Bank, N.A. in this action shall be

2

extended to and including January 25, 2008. Three prior requests for an extension have been submitted. This is the last request for extension that will be made by the parties.

Date: January 17, 2008

| TEW CARDENAS LLP | DAVIS POLK & WARDWELL |
|---|---|
| By: *[signature]* Bryan T. West | By: *[signature]* |
| Joseph A. DeMaria, Esq. (JD 5668)<br>Bryan T. West, Esq. (BW 8739)<br>1441 Brickell Avenue, 15th Floor<br>Miami, Florida 33131<br>Phone: 305 536-1112 | James L. Kerr (JK-3900)<br>450 Lexington Avenue<br>New York, New York 10017<br>(212) 450-4000 |
| Attorneys for Plaintiff-Petitioner and Adverse Claimant-Respondent Gary Anderson, as the Personal Representative of the Estate of Howard Anderson, and Adverse Claimant-Respondent Ana Margarita Martinez | Attorneys for Third-party Petitioner JPMorgan Chase Bank, N.A. |

SO ORDERED: *[handwritten date]*

*[signature]*
U.S.D.J.
Victor Marrero

3