UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

       Plaintiff,

vs.

AT&T CORP., CUBAN AMERICAN
TELEPHONE AND TELEGRAPH
COMPANY, and JPMORGAN CHASE
BANK, N.A.,

       Defendants.
_____/

Case No. 07 Civ. 7974 (VM)

## NOTICE OF APPEARANCE OF BRYAN T. WEST

PLEASE NOTE the appearance of Bryan T. West, of Tew Cardenas LLP, Four Seasons Tower, 1441 Brickell Avenue, 15th Floor, Miami, Florida 33131 as attorney of record for plaintiff Gary Anderson for the purpose of receiving electronic filings from the CM/ECF system.

Dated: January 23, 2008

Respectfully submitted,

**TEW CARDENAS LLP**
Attorneys for Gary Anderson
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 536-1112
Facsimile: (305) 536-1116

By:     s/Bryan T. West
Joseph A. DeMaria (JD 5668)
jad@tewlaw.com
Bryan T. West (BW 8739)
btw@tewlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on January 23, 2008, which will send a notice of electronic filing to the following, unless otherwise indicated and to whom a copy will be provided as identified:

Lynn A. Dummett, Esq.
Sidley Austin LLC
787 Seventh Avenue
New York, NY 10019
email: ldummett@sidley.com
    *Counsel for AT&T Corp., and*
    *Cuban American Telephone &*
    *Telegraph*


James L. Kerr, Esq.
Davis Polk & Wardell
450 Lexingotn Avenue
New York , NY 10017
email: jkerr@dpw.com
    *Counsel for JPMorgan Chase Bank, N.A.*

                                      By:    _____S/Bryan T. West_____,