UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 07-cv-7974

GARY ANDERSON, as the Personal Representative of the Estate of Howard Anderson,

       Plaintiff,

against

AT&T CORP., CUBAN AMERICAN TELEPHONE AND TELEGRAPH COMPANY, and JPMORGAN CHASE BANK, N.A.,

       Garnishees.
_____/

**PLAINTIFF'S NOTICE OF FILING STIPULATION
REGARDING FULLER/HAUSLER JUDGMENT CREDITORS**

Plaintiff Gary Anderson hereby gives notice to the Court that he has entered into a stipulation with other judgment creditors who have been named in this proceeding. Mr. Anderson, along with Ana Margarita Martinez, has entered into a stipulation with all of the judgment creditors who obtained a judgment in the case styled as <u>Jeannette Hausler et al. v. The Republic of Cuba et al.</u>, Case No. 02-12475 CA 04, 11th Judicial Circuit in and for Miami-Dade County, Florida (hereinafter the "Fuller/Hausler Judgment Creditors"). The Fuller/Hausler Judgment Creditors have stipulated that they are not seeking, and shall not seek, any recovery of the tax liabilities that are the subject matter of this turnover proceeding, that they have dismissed the claim in their Writs of Garnishment against the funds in the blocked account denominated the "AT&T Long Lines Account," Account Number G00875, at JPMorgan Chase Bank, in the

approximate amount of $6 million which AT&T claims are funds deposited by AT&T which are due and owing solely to the Cuban American Telephone and Telegraph Company (CATT) ("the CATT Funds"), and that they do not oppose the turnover relief sought by Gary Anderson. A copy of the Stipulation is attached to this Notice.

                                      **TEW CARDENAS LLP**
                                      Attorneys for Plaintiff
                                      Four Seasons Tower, 15th Floor
                                      1441 Brickell Avenue
                                      Miami, Florida 33131
                                      Telephone: (305) 536-1112
                                      Facsimile: (305) 536-1116

By:      s/Joseph A. DeMaria
                                      Joseph A. DeMaria (JD 5668)
                                      jad@tewlaw.com
                                      Bryan T. West (BW 8739)
                                      btw@tewlaw.com

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed using the CM/ECF system on the 29th day of January, 2008.

By:   <u>s/Joseph A. DeMaria</u>
      Joseph A. DeMaria

## **SERVICE LIST**

**VIA ECF**:

James L. Kerr, Esq.
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
*Counsel for JPMorgan Chase*

Lynn A. Dummett, Esq.
SIDLEY AUSTIN
787 Seventh Avenue
New York, NY 10019
*Counsel for AT&T Corp. and Cuban American Telephone and Telegraph Corp.*

@PFDesktop\::ODMA/MHODMA/DMS_NT;Miami;499427;1