UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 07-cv-7974

GARY ANDERSON, as the
Personal Representative of the Estate
of Howard Anderson,

        Plaintiff,

against

AT&T CORP., CUBAN AMERICAN TELEPHONE AND TELEGRAPH COMPANY, and JPMORGAN CHASE BANK, N.A.,

        Garnishees.
_____/

**PLAINTIFF'S SUPPLEMENTAL NOTICE
REGARDING FULLER/HAUSLER JUDGMENT CREDITORS**

Supplementing the Notice filed with this Court on January 29, 2008 (D.E. 22), Plaintiff Gary Anderson hereby gives further notice to the Court that Mr. Anderson, Ana Margarita Martinez, and the judgment creditors who obtained a judgment in the case styled as <u>Jeannette Hausler et al. v. The Republic of Cuba et al.</u>, Case No. 02-12475 CA 04, 11th Judicial Circuit in and for Miami-Dade County, Florida (hereinafter the "Fuller/Hausler Judgment Creditors") have clarified their stipulation by adding that, in addition to the funds in the "AT&T Long Lines Account," the Fuller/Hausler Judgment Creditors have also dismissed the claim in their Florida Writs of Garnishment against the funds in the blocked account denominated the "Florida Land Sale Account" located at JPMorgan Chase Bank. Copies of the Stipulation and the Notice of Clarification

which were filed in the United States District Court for the Southern District of Florida are attached to this Notice.

                                          **TEW CARDENAS LLP**
Attorneys for Plaintiff
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 536-1112
Facsimile: (305) 536-1116

By:      s/Bryan T. West
Joseph A. DeMaria (JD 5668)
jad@tewlaw.com
Bryan T. West (BW 8739)
btw@tewlaw.com

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed using the CM/ECF system on the 8th day of February, 2008.

By: <u>s/Bryan T. West</u>
    Bryan T. West

## **SERVICE LIST**

**VIA ECF**:

James L. Kerr, Esq.
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
*Counsel for JPMorgan Chase*

Lynn A. Dummett, Esq.
SIDLEY AUSTIN
787 Seventh Avenue
New York, NY 10019
*Counsel for AT&T Corp. and Cuban American Telephone and Telegraph Corp.*

@PFDesktop\::ODMA/MHODMA/DMS_NT;Miami;499427;1