UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-22375-CIV-JORDAN/Torres

JEANNETTE HAUSLER *as*
*Successor Personal Representative*
*of the Estate of* ROBERT OTIS FULLER,
("BOBBY FULLER"), *Deceased*, on behalf
of THOMAS CASKEY as Personal
Representative of the Estate of LYNITA
FULLER CASKEY, surviving daughter
of ROBERT OTIS FULLER, The
ESTATE OF ROBERT OTIS FULLER,
FREDERICK FULLER, FRANCIS
FULLER, GRACE LUTES, JEANNETTE
HAUSLER, and IRENE MOSS,

       Plaintiffs/Judgment Creditors,

vs.

THE REPUBLIC OF CUBA, FIDEL CASTRO
RUZ, individually and as President of the
State and Council Of Ministers, Head of
the Communist Party and Commander-in
Chief of the Military, RAUL CASTRO RUZ,
individually and as First Vice President Of
the Council of State and Council of Ministers
and Head of the Cuban Revolutionary
Armed Forces, THE CUBAN
REVOLUTIONARY ARMED FORCES,
and EL MINISTERIO DEL INTERIOR,

       Defendants/Judgment Debtors,

AT&T CORP.,

       Garnishee.
_____/

**NOTICE OF CLARIFICATION OF STIPULATION PURSUANT TO COURT ORDER**

The Fuller/Hausler Plaintiffs, Anderson, and Martinez[1], pursuant to this Court's Order on Motion to Transfer [D.E. 76] directing them to "clarify in writing, no later than February 6, 2008, whether the stipulation refers to both or only one of the CATT Funds," hereby clarify and state:

The Stipulation [D.E. 74] was intended to refer to both of the CATT Funds. The references to the "CATT Funds" in paragraphs 4 and 5 of the Stipulation include both the account denominated the "AT&T Long Lines Account" and the account denominated the "Florida Land Sale Account" at JPMorgan Chase Bank, and the Stipulation is hereby amended accordingly to make this clarification.

Dated: February 6, 2008

**COLSON HICKS EIDSON**

By: _s/Roberto Martinez_
Roberto Martinez
Fla. Bar No. 305596
*Attorneys for Plaintiffs Jeannette Fuller Hausler, as Personal Representative of the Estate of Robert Otis Fuller, Deceased, and Thomas Caskey, as Personal Representative of the Estate of Lynita Fuller Caskey, Surviving Daughter of Robert Otis Fuller and Jeannette Fuller Hausler, individually*
255 Aragon Avenue
Coral Gables, FL 33134
Phone: 305.476.7400
Fax:   305.476.7444
E-mail: bob@colson.com

---

[1] The parties referred to as the Fuller/Hausler Plaintiffs, Anderson, and Martinez are identified in the Stipulation.

**RASCO, REININGER, PEREZ, ESQUENAZI, & VIRGIL, P.A.**

By: s/ Alfonso J. Perez, Jr.
Alfonso J. Perez, Jr.
*Attorneys for Plaintiffs Frederick Fuller, Frances Fuller, Grace Lutes, and Irene Moss*
283 Catalonia Ave.
Seconds Floor
Coral Gables, FL 33134
Phone: 305.476-7100
Fax:    305-476-7102
E-mail: aperez@rrpev.com

**TEW CARDENAS LLP**

By:   s/Joseph A. DeMaria
Joseph A. DeMaria
Florida Bar No. 764711
jad@tewlaw.com
Bryan T. West
Florida Bar No. 0083526
btw@tewlaw.com
Four Seasons Tower
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Telephone:   (305) 536-1112
Facsimile:   (305) 536-1116
*Attorneys for Anderson and Martinez*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. Pursuant to Rule3I of the Case Management Electronic Case Filing CM/ECF Rules, the undersigned has the consent of all three (3) signers of the foregoing document.

                                                                                   s/ Roberto Martinez  
                                                                                   Roberto Martinez  
                                                                                   Florida Bar No. 305596

## SERVICE LIST

JEANNETTE HAUSLER *as Successor Personal Representative of the Estate of* ROBERT OTIS FULLER, ("BOBBY FULLER"), *Deceased, et al.* v. THE REPUBLIC OF CUBA, *et al.*
CASE NO. 07-22375-CIV- ADALBERTO/Torres
United States District Court, Southern District of Florida

Service by CM/ECF on:

Dorothy Anderson McCarthy
c/o Joseph DeMaria, Esquire
**Tew Cardenas, LLP**
Four Seasons Tower, 15th Floor
Miami, FL 33131-3407

Ana Margarita Martinez
c/o Joseph DeMaria, Esquire
**Tew Cardenas, LLP**
Four Seasons Tower, 15th Floor
Miami, FL 33131-3407

Alfredo J. Perez, Esq.
**RASCO, REININGER, PEREZ,
ESQUENAZI & VIRGIL, P.A.**
Attorneys for Non-Personal Representative Plaintiffs
283 Catalonia Avenue
Second Floor
Coral Gables, FL 33131
Phone: 305.476.7100
Fax: 305.476.7102

Albert L. Frevola, Jr., Esq.
Jeannine C. Jacobson, Esq.
**GORDON HARGROVE & JAMES, P.A.**
Attorneys for Garnishee AT&T Corp.
2400 East Commercial Boulevard
Suite 1100
Fort Lauderdale, FL 33308
Phone: 954.958.2500
Fax: 954.958.2513

Service by DHL on:

The Republic of Cuba
c/o El Ministerio de Relaciones Exteriores
Calzada 360, Vedado
Havana, Cuba

Fidel Castro Ruz
c/o Raul Castro Ruz
Atencion: El Ministerio del Interior
Aranguren entre Carlos Manuel de Cespedes y
Avenida de la Independencia
Plaza de la Revolucion
Havana, Cuba

Raul Castro Ruz
c/o General Alvaro Lopez Miera – Chief of Staff
El Ministerio del Interior
Avenida de la independencia, esquina 20 de mayo,
Plaza de la Revolucion
Havana, Cuba

Cuban Revolutionary Armed Forces
(Las Fuerzas Armadas Revolucionarias Cubanas)
Avenida de la Independencia, esquina 20 de mayo
Plaza de la  Revolucion
Havana, Cuba

The Ministry of the Interior
El Ministerio del Interior
Aranguren entre Carlos Manuel de Cespedes y
Avenida de la Independencia
Plaza de la Revolucion
Havana, Cuba
Empresa de Telecomunicaciones Internacionales de Cuba (EmtelCuba)
c/o  The Republic of Cuba
El Ministerio de Relaciones Exteriores
Calzada 360, Vedado
Havana, Cuba

and Service by Federal Express upon:

Rabinowitz Boudin Standard Krinsky & Lieberman, P.C.
111 Broadway, 11th Floor
New York, NY  10006

JP Morgan Chase Bank, N.A.
New York, New York
c/o James L. Kerr, Esq.
450 Lexington Avenue
New York, NY  10017