UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY ANDERSON, as the Personal Representative of the Estate of Howard Anderson,

        Plaintiff,

against

AT&T CORP., CUBAN AMERICAN TELEPHONE AND TELEGRAPH COMPANY, and JPMORGAN CHASE BANK, N.A.,

        Garnishees.
_____/

Case Number: 07 Civ. 7974 (VM)

## NOTICE OF MOTION FOR ANA MARGARITA MARTINEZ'S MOTION TO DISMISS CROSS-CLAIMS OF AT&T CORP. AND CUBAN AMERICAN TELEPHONE AND TELEGRAPH COMPANY

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Ana Margarita Martinez will move this Court before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, New York, New York 10007, Courtroom 20B, at a date and time to be scheduled by the Court, for dismissal of the cross-claims asserted against Ms. Martinez which are contained in the Answer, Defenses and Counterclaim, Cross-Claims and Third-Party Claim for Declaratory Relief of AT&T Corp. in Response to Amended Third-Party Petition in Interpleader of JPMorgan Chase Bank, N.A. (D.E. 24) and the Answer, Defenses and Counterclaim, Cross-Claims and Third-Party Claim for Declaratory Relief of Cuban American Telephone and Telegraph Company in Response to Amended Third-Party Petition in Interpleader of JPMorgan Chase Bank, N.A. (D.E. 25).

**TEW CARDENAS LLP**

By: s/Bryan T. West
Joseph A. DeMaria  (JD 5668)
jad@tewlaw.com
Bryan T. West (BW 8739)
btw@tewlaw.com
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Phone: 305 536-1112
Fax: 305-536-1116
*Counsel for Ana Margarita Martinez*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 3rd day of March, 2008, on the following:

**VIA ECF**:

James L. Kerr, Esq.
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
*Counsel for JPMorgan Chase*

Lynn A. Dummett, Esq.
SIDLEY AUSTIN
787 Seventh Avenue
New York, NY 10019
*Counsel for AT&T Corp. and Cuban American Telephone and Telegraph Corp.*

s/Bryan T. West

@PFDesktop\::ODMA/MHODMA/DMS_NT;Miami;502242;1