UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- x

GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

          Plaintiff,

- against -

AT&T CORP., CUBAN AMERICAN
TELEPHONE AND TELEGRAPH COMPANY,
and JPMORGAN CHASE BANK, N.A.,

          Garnishees.

----------------------------------------- x

JPMORGAN CHASE BANK, N.A.,

          Garnishee-Respondent and
          Third-Party Petitioner,

- against -

GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

          Plaintiff-Petitioner and
          Adverse Claimant-
          Respondent,

- and -

AT&T CORP., and CUBAN AMERICAN
TELEPHONE AND TELEGRAPH COMPANY,

          Garnishee-Respondents
          and Adverse Claimant-
          Respondents,

- and -

07 Civ. 7974 (VM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-08

ANA MARGARITA MARTINEZ,

        Adverse Claimant-
        Respondent,

- and -

THE REPUBLIC OF CUBA,

        Adverse Claimant-
        Respondent.

--------x

AT&T CORP. and CUBAN AMERICAN TELEPHONE AND TELEGRAPH COMPANY,

        Garnishee-Respondents,
        Adverse Claimant-
        Respondents and Third-
        Party Petitioners,

- against -

JEANETTE HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, THOMAS CASKEY, as Personal Representative of the Estate of LYNITA FULLER CASKEY, deceased daughter of ROBERT OTIS FULLER, FREDERICK FULLER, FRANCES FULLER, GRACE LUTES, JEANNETTE HAUSLER AND IRENE MOSS,

        Adverse Claimants-
        Respondents and Third-
        Party Respondents.

--------x

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

that the time for Garnishee-Respondent and Third-Party Petitioner JPMorgan Chase Bank

2

N.A. to answer or otherwise respond to the answer, defenses and counterclaim, cross-claims and Third-Party claim for declaratory relief of AT&T Corp. and Cuban American Telephone and Telegraph Company in this action shall be extended to and including March 19, 2008  No prior requests for an extension have been submitted.

Dated: New York, New York
       February 28, 2008

DAVIS POLK & WARDWELL

By: _____
James L. Kerr (JK-3900)
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

Attorneys for Third-party Petitioner
JPMorgan Chase Bank, N.A.

SIDLEY AUSTIN LLP

By: _____
Lynn A. Dummett (LD-2717)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Garnishee-Respondents,
Adverse Claimant-Respondents and
Third-Party Petitioners AT&T Corp. and
Cuban American Telephone and
Telegraph Company

SO ORDERED: 3 March 2008

_____
Victor Marrero
U.S.D.J.

3