UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x

GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

            Plaintiff,

- against -

AT&T CORP., CUBAN AMERICAN
TELEPHONE AND TELEGRAPH COMPANY,
and JPMORGAN CHASE BANK, N.A.,

            Garnishees.

———————————————————————— x

07 Civ. 7974 (VM)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-19-08
```

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time in which Garnishees AT&T Corp. ("AT&T") and Cuban American Telephone and Telegraph Company ("CATT") must submit their papers in opposition to the motion of Respondent Ana Margarita Martinez to dismiss the cross-claims asserted by AT&T and CATT against Ms. Martinez in the Answers, Defenses, Counterclaims and Third-Party Claims for Declaratory Relief of AT&T and CATT filed in response to the Amended Third-Party Petition in Interpleader of JPMorgan Chase Bank, N.A. shall be extended to and including April 4, 2008. No prior requests for an extension have been submitted.

Dated: New York, New York
       March 13, 2008

TEW CARDENAS LLP

By: /s/ Bryan T. West
Bryan T. West (BW 8739)
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
(305) 536-1112

Attorneys for Respondent Ana Margarita Martinez

SIDLEY AUSTIN LLP

By: /s/ Lynn A. Dummett
Lynn A. Dummett (LD-2717)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Garnishees AT&T Corp.
and Cuban American Telephone and
Telegraph Company

SO ORDERED: 19 March 2008

_____
U.S.D.J.
Victor Marrero

NY1 6574691v.1

2