UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

              Plaintiff,

- against -

AT&T CORP., CUBAN AMERICAN
TELEPHONE AND TELEGRAPH COMPANY,
and JPMORGAN CHASE BANK, N.A.,

              Garnishees.

07 Civ. 7974 (VM)

------------------------------------------------------------ x

JPMORGAN CHASE BANK, N.A.,

              Garnishee-Respondent and
              Third-Party Petitioner,

- against -

GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

              Plaintiff-Petitioner and
              Adverse Claimant-
              Respondent,

- and -

AT&T CORP., and CUBAN AMERICAN
TELEPHONE AND TELEGRAPH COMPANY,

              Garnishee-Respondents
              and Adverse Claimant-
              Respondents,

- and -

ANA MARGARITA MARTINEZ, :
:
        Adverse Claimant- :
        Respondent, :
:
  - and - :
:
THE REPUBLIC OF CUBA, :
:
        Adverse Claimant- :
        Respondent. :
:
――――――――――――――――――――― x
AT&T CORP. and CUBAN AMERICAN :
TELEPHONE AND TELEGRAPH COMPANY, :
:
        Garnishee-Respondents, :
        Adverse Claimant- :
        Respondents and Third- :
        Party Petitioners, :
:
  - against - :
:
JEANETTE HAUSLER as Successor Personal :
Representative of the Estate of ROBERT OTIS :
FULLER ("BOBBY FULLER"), Deceased, :
THOMAS CASKEY, as Personal Representative :
of the Estate of LYNITA FULLER CASKEY, :
deceased daughter of ROBERT OTIS FULLER, :
FREDERICK FULLER, FRANCES FULLER, :
GRACE LUTES, JEANNETTE HAUSLER :
AND IRENE MOSS, :
:
        Adverse Claimants- :
        Respondents and Third- :
        Party Respondents. :
:
――――――――――――――――――――― x

## STIPULATION

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for Garnishee-Respondent and Third-Party Petitioner JPMorgan Chase Bank

N.A. to answer or otherwise respond to the answer, defenses and counterclaim, cross-claims and Third-Party claim for declaratory relief of AT&T Corp. and Cuban American Telephone and Telegraph Company in this action shall be extended to and including April 16, 2008. One prior request for an extension has been submitted.

Dated: New York, New York
       March 17, 2008

DAVIS POLK & WARDWELL

By: _____
James L. Kerr (JK-3900)
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

Attorneys for Third-party Petitioner
JPMorgan Chase Bank, N.A.

SIDLEY AUSTIN LLP

By: _____
Lynn A. Dummett (LD-2717)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Garnishee-Respondents,
Adverse Claimant-Respondents and
Third-Party Petitioners AT&T Corp. and
Cuban American Telephone and
Telegraph Company

SO ORDERED: 24 March 2008

_____
Victor Marrero
U.S.D.J.

3