# TEW·CARDENAS LLP
### ATTORNEYS AT LAW
#### MIAMI · TALLAHASSEE · WASHINGTON DC

FOUR SEASONS TOWER
15TH FLOOR
1441 BRICKELL AVENUE
MIAMI, FLORIDA 33131-3407
T 305.536.1112
F 305.536.1116
WWW.TEWLAW.COM

April 4, 2008

*Via Facsimile*

The Honorable Victor Marrero
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-08

Re:  **Anderson v. AT&T Corp. et al., 07-cv-7974 (VM)**

Dear Judge Marrero:

    We represent judgment creditors Ana Margarita Martinez and Gary Anderson in the above-referenced matter, which involves the turnover of a relatively small amount of money related to The Republic of Cuba. The parties are currently scheduled for an initial case management conference before Your Honor on April 11, 2008.

    We are mindful that Section IV of your Individual Practices provides that "Appearances by telephone will not be permitted without express prior permission of the Court." The purpose of this letter is to respectfully request express prior permission to attend the status conference by telephone.

    My partner, Joseph A. DeMaria, and I are the attorneys at my firm who are handling this case. While we are both members of the Southern District of New York Bar, we are both officed in Miami, Florida. Based on information that we have received from one of the garnishees, as of about one year ago, the amount of money at issue in this case was approximately $14,000 (and presumably is slightly higher today in light of continuously accruing interest). Given that we are attempting to conduct this proceeding as efficiently as possible and to conserve resources, we are respectfully requesting that we be permitted to attend the case management conference by telephone.

Hon. Victor Marrero
April 4, 2008
Page 2

We have conferred with counsel for AT&T Corp., Cuban American Telephone and Telegraph Company, and JPMorgan Chase Bank (the only other parties to have appeared in this case), and they are agreeable to our request to participate by telephone.

Respectfully,

Bryan T. West

BRYAN T. WEST
(BW-8739)

cc: Joseph A. DeMaria, Esq.
Lynn A. Dummett, Esq.
James L. Kerr, Esq.

@PFDesktop\::ODMA/MHODMA/DMS_NT;Miami;504043;1

---

Request DENIED. The Court deems it potentially more productive to the course of this litigation to meet with counsel appearing in person and examine the prospects of resolving this dispute more expeditiously and efficiently from the standpoint of judicial economy.

SO ORDERED:

DATE: 4-4-08

VICTOR MARRERO, U.S.D.J.