UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| GARY ANDERSON, as the Personal Representative of the Estate of Howard Anderson,<br><br>Plaintiff,<br><br>-V-<br><br>AT&T CORP., CUBAN AMERICAN TELEPHONE AND TELEGRAPH COMPANY, and JP MORGAN CHASE BANK, N.A.,<br><br>Garnishees. | **CERTIFICATE OF MAILING**<br><br><br><br>07 CV 7974 (VM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**15TH Day of April, 2008**

I served the

Summons, Notice Of Petition & Notice Of Suit

pursuant to 28 U.S.C. § 1608 (b) (3) (B) filed and issued herein on the,

**27TH Day of February, 2008**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**887 648 5262**

_____
CLERK

Dated: New York, NY

# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 450 3800

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

JAMES L. KERR
212 450 4552
JAMES.KERR@DPW.COM

April 11, 2008

Re: Anderson v. AT&T Corp., et al., 07 Civ. 7974 (VM) (S.D.N.Y.):
JPMorgan Chase Bank, N.A. v. Anderson, and AT&T Corp., Cuban
American Telephone and Telegraph Company, and Ana Margarita
Martinez and The Republic of Cuba

Honorable J. Michael McMahon

---

**DHL Shipment Airwaybill** — 8876485262

**From (Shipper):**
Account no.: 760960402
Shipper's reference: Davis Polk & Wardwell
Company name: U.S. District Court for the Southern District of New York
Shipper's name: Hon. J. Michael McMahon
Address: 500 Pearl Street, New York, NY 10007-1312
Zip code: 10007-1312

**To (Recipient):**
Company name: Ministerio de Relaciones Exteriores
Attention: Felipe Perez Roque, Ministro
Delivery address: Calzada No 360, Esquina G, Vedado, La Habana, Cuba

**Shipment details:** INT'L DOCUMENT EXPRESS; Full description of contents: Documents
Payment: Shipper's account
Destination duties/taxes: Shipper