

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY ANDERSON, as the Personal Representative of the Estate of Howard Anderson,<br><br>Plaintiff,<br><br>-v-<br><br>AT&T CORP., CUBAN AMERICAN TELEPHONE AND TELEGRAPH COMPANY, and JP MORGAN CHASE BANK, N.A.,<br><br>Garnishees. | **CERTIFICATE OF MAILING**<br><br><br><br>07 CV 7974 (VM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**15TH Day of April, 2008**

I served the

Summons, Notice Of Petition & Notice Of Suit

pursuant to 28 U.S.C. § 1608 (b) (3) (B) filed and issued herein on the,

**27TH Day of February, 2008**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**RA 725 886 262 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 450 3800

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

JAMES L. KERR
212 450 4552
JAMES.KERR@DPW.COM

April 11, 2008

Re: Anderson v. AT&T Corp., et al., 07 Civ. 7974 (VM) (S.D.N.Y.):
JPMorgan Chase Bank, N.A. v. Anderson, and AT&T Corp., Cuban American Telephone and Telegraph Company, and Ana Margarita Martinez and The Republic of Cuba

Honorable J. Michael McMahon
Clerk of the Court
U.S. District Court for the
 Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Dear Mr. McMahon:

[Receipt for Registered Mail overlay — Registered No. RA 725 886252628 US; Reg. Fee $10.1?; Handling Charge $0.00; Return Receipt $2.15; Restricted Delivery $0.00; Customer Must Declare Full Value $0.01; FROM: Honorable J. Michael McMahon, U.S. District Court for the S.D.N.Y., 500 Pearl Street, New York, NY 10007-1312; TO: Ministerio de Relaciones Exteriores, Atencion: Felipe Perez Roque, Ministro, Calzada No 360, Esquina G, Vedado, La Habana, Cuba. S Form 3806, June 2000.]

ase Bank, N.A. ("JPM Chase") in the
eeding, plaintiff and adverse claimant-
judgment in favor of plaintiff Anderson
e turnover of tax monies owed to the
ly based on interest earned on a blocked
hase in the name of Cuban American
tiff and adverse-claimant respondent
in her favor against the Republic of
om the same tax monies. Under the
rty petition commencing a third-party
d third-party petition in an effort to
ntial claimants to the funds before the

blic of Cuba is a foreign state within
Immunities Act of 1976, 28 U.S. C. §
cial arrangement between JPM Chase
it service under 28 U.S.C. § 1608(b)(1).
nce of your office to effect service on
. § 1608(b)(3)(B), which provides for