

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NEW YORK 10019
212 839 5300
212 839 5599 FAX

ldummett@sidley.com
(212) 839-5938

BEIJING
BRUSSELS
CHICAGO
DALLAS

GENEVA
HONG KONG
LONDON
LOS ANGELES
NEW YORK

SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, DC

FOUNDED 1866

April 29, 2008

Honorable Victor Marrero
United States District Judge
United States District Court
 for the Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

>USDS SDNY
>DOCUMENT
>ELECTRONICALLY FILED
>DOC #: _____
>DATE FILED: 4-30-08

Re: Gary Anderson v. AT&T Corp., et al.
    Case No. 07 Civ. 7974 (VM)

Dear Judge Marrero:

On behalf of plaintiff Gary Anderson, adverse claimant-respondent Ana Margarita Martinez, and garnishees AT&T Corp. ("AT&T") and Cuban American Telephone and Telegraph Company ("CATT"), I respectfully submit this joint request for a brief extension, to and including Monday, May 5, 2008, to submit a proposed stipulation of agreement which resolves certain issues presented by the above-captioned turnover proceeding. As your Honor may recall, at the pre-trial conference in this matter conducted on April 11, 2008, the parties reported that they have been working to reach agreement on various matters, and that we expected to be able to submit to your Honor a proposed stipulation of agreement by the end of April. Since the April 11 pre-trial conference, the parties have made great progress in hammering out the terms of such an agreement, and require a few additional days to finalize the agreement and to obtain signatures from the various clients.

Accordingly, we respectfully request that your Honor grant the parties a brief extension, up to and including Monday, May 5, 2008, to submit a proposed stipulation of agreement to the Court.

Respectfully submitted,

Lynn A. Dummett

cc:  Bryan T. West, Esq.
     James L. Kerr, Esq.

> Request GRANTED. The time for the parties
> to submit a stipulation of agreement
> herein is extended to 5-5-08
>
> SO ORDERED:
> 4-30-08
> DATE         VICTOR MARRERO, U.S.D.J.

NY1 6621915v.1

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships