*MARRERO*

Lynn A. Dummett (LD 2717)
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys for Garnishees AT&T Corp. and
Cuban American Telephone and Telegraph Company*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
GARY ANDERSON, as the Personal :
Representative of the Estate of Howard Anderson, :
: 07 Civ. 7974 (VM)
Plaintiff, :
:
v. : **STIPULATION OF DISMISSAL**
:
AT&T CORP., CUBAN AMERICAN :
TELEPHONE AND TELEGRAPH COMPANY, :
and JPMORGAN CHASE BANK, N.A., :
:
Garnishees. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel to Plaintiff Gary Anderson and Adverse Claimant-Respondent Ana Margarita Martinez ("Martinez"), counsel to Garnishees AT&T Corp. ("AT&T") and Cuban American Telephone and Telegraph Company ("CATT"), and counsel to Garnishee-Respondent and Third-Party Petitioner JPMorgan Chase Bank, N.A. ("JPMorgan Chase"), that AT&T's First Claim for Relief and Second Claim for Relief (D.E. 24) and CATT's Claim for Relief (D.E. 25) asserted in the form of counterclaims, cross-claims, and third-party claims in response to the Amended Third-Party Petition in Interpleader of JPMorgan Chase (D.E. 21) be dismissed without prejudice and

without costs or fees to the parties, and that Martinez's motion to dismiss the cross-claims of AT&T and CATT (D.E. 30 & 31) be withdrawn without costs or fees to the parties.

Dated: New York, New York
May 7, 2008

TEW CARDENAS LLP

By: _____
Joseph A. DeMaria (JD 5668)
Bryan T. West (BW 8739)
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
(305) 536-1112

*Attorneys for Plaintiff Gary Anderson and Adverse Claimant-Respondent Ana Margarita Martinez*

SIDLEY AUSTIN LLP

By: _____
Lynn A. Dummett (LD 2717)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys for Garnishees AT&T Corp. and Cuban American Telephone and Telegraph Company*

DAVIS POLK & WARDWELL

By: _____
James L. Kerr (JK 9900)
450 Lexington Avenue
New York, New York 10017
(212) 450-4552

*Attorneys for Garnishee-Respondent and Third-Party Petitioner JPMorgan Chase Bank, N.A.*

SO ORDERED. 8 May 2008

_____
Honorable Victor Marrero
United States District Judge

NY1 6621181v.1

2

SO ORDERED. The Clerk of Court is directed to withdraw any pending motions in this action and to close this case.

SO ORDERED.

5-8-0?
Date                  Victor Marrero, U.S.D.J.