UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY ANDERSON, as the Personal Representative of the Estate of Howard Anderson,

        Plaintiff,

against

AT&T CORP., CUBAN AMERICAN TELEPHONE AND TELEGRAPH COMPANY, and JPMORGAN CHASE BANK, N.A.,

        Garnishees.
_____/

Case Number: 07 Civ. 7974 (VM)

### NOTICE OF FILING DECLARATION IN SUPPORT OF GARY ANDERSON'S AND ANA MARGARITA MARTINEZ'S MOTION FOR SUMMARY JUDGMENT

Gary Anderson, as the Personal Representative of the Estate of Howard Anderson, and Ana Margarita Martinez hereby give notice that they are filing the attached Declaration of Bryan T. West in support of their motion for summary judgment for the turnover of certain funds payable to the Republic of Cuba for tax liabilities.

**TEW CARDENAS LLP**
By: s/Bryan T. West
Joseph A. DeMaria  (JD 5668)
jad@tewlaw.com
Bryan T. West (BW 8739)
btw@tewlaw.com
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Phone: 305 536-1112
Fax: 305-536-1116
*Counsel for Gary Anderson, as the Personal Representative of the Estate of Howard Anderson*, and *Ana Margarita Martinez*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 21st day of August, 2008, on the following:

**VIA ECF**:

James L. Kerr, Esq.
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
*Counsel for JPMorgan Chase*

Lynn A. Dummett, Esq.
SIDLEY AUSTIN
787 Seventh Avenue
New York, NY 10019
*Counsel for AT&T Corp. and Cuban American Telephone and Telegraph Co.*

**VIA DHL**:

REPUBLIC OF CUBA
Minister of Foreign Relations
Felipe Perez Roque
Calzada No. 360, Esquina AG
Vedado, Havana, Cuba


                                                           s/Bryan T. West


@PFDesktop\::ODMA/MHODMA/DMS_NT;Miami;511595;1