# Exhibit E



# Track results detail

▸ Print this page

## Tracking results detail for 7850199630

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 9/17/2007  10:05 am |
| Delivered to | |
| Signed for by | IVON /3 |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 9/17/2007 | 10:05 am | Shipment delivered. | Havana, Cuba |
| | 8:40 am | With delivery courier. | Havana, Cuba |
| 9/16/2007 | 5:02 pm | Scheduled to move | Havana, Cuba |
| | 2:30 pm | Arrived at DHL facility. | Havana, Cuba |
| 9/15/2007 | 3:31 pm | Transit through DHL facility | Havana, Cuba |
| 9/13/2007 | 8:35 pm | Depart Facility | Mexico City, Mexico |
| | 5:48 am | Depart Facility | Wilmington - Clinton Field, OH |
| | 1:16 am | Processed at DHL Location. | Wilmington - Clinton Field, OH |
| | 12:27 am | Clearance processing complete | Wilmington - Clinton Field, OH |
| 9/12/2007 | 6:12 am | Shipment on Hold. | Wilmington - Clinton Field, OH |
| 9/11/2007 | 5:54 am | Clearance Delay | Wilmington - Clinton Field, OH |
| | 2:09 am | In transit. | Wilmington - Clinton Field, OH |
| 9/10/2007 | 9:30 pm | Depart Facility | Miami - Tamiami, FL |
| | 7:45 pm | Processed at DHL Location. | Miami - Tamiami, FL |
| | 5:50 pm | Shipment picked up | Miami - Tamiami, FL |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| Miami - Tamiami, FL<br>United States | Havana, Cuba | Ship date: 9/10/2007<br>Pieces: 1<br>Total weight: 1 lb *<br>Ship Type: Letter |
| Attention: | Attention: | Shipment Reference: NK<br>Service: Express<br>Special Service:<br>Description: NONE |

Tracking detail provided by DHL: 10/24/2007, 5:35:31 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.

UNSTAMPED Petition for Turnover

# DHL WORLDWIDE EXPRESS USA

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

**Shipper's Copy**

Process and Track your shipment online: http://www.dhl-usa.com
1-800-CALL-DHL in USA only
**Shipment Air Waybill** (Non-negotiable)

## 1 Payer account number and shipment value protection details
Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $)
Cash ☐ Check ☐ Credit Card ☐
Not all payment options are available in all countries.

## 2 From (Shipper)
Shipper's Account Number: 744034800
Contact Name: ELLEN SEIDL
Shipper's Reference (up to 35 characters): 20712.002

At: Tew Cardenas LLP
1441 Brickell Avenue - 15th Floor
Miami, FL 33131

Ph: 305-536-1112

## 3 To (Receiver)
Company Name: REPUBLIC OF CUBA
Minister of Foreign Relations
Felipe Perez Roque
Calzada No. 360, Esquina AG
Vedado, Havana Cuba
Country:
Post/ZIP Code (required)
Phone, Fax, or E-mail (required)

Airbill No: 785 0199 630
7850199630

## 4 Shipment Details
Total Number of Packages: 1
Total Weight (If DHL Express Document packaging used, enter XD)
Pieces / Dimensions (in inches) Length × Width × Height

## 5 Full Description of Contents
Give Content and Quantity. DHL Does Not Transport Cash
DOCUMENTS

## 6 Dutiable Shipments Only (Customs requirement)
Attach the original and four copies of a Commercial Invoice or Pro Forma.
Export License No./Symbol (if applicable) / Receiver's VAT/GST or Shipper's EIN/SSN
Value for Customs (in US $) (as on Commercial/Pro Forma Invoice)
Schedule B Number / Harmonized Code (If applicable)

TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes if left blank, Receiver pays duties/taxes.
☐ Receiver ☒ Shipper ☐ Other

## 7 Shipper's Authorization (signature required)
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request; for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required): [signature]
Date: 1/10/07

## 8 Products & Services
**DOMESTIC EXPRESS**
☐ U.S. Express Envelope
☐ USA Overnight
☐ Other
**WORLDWIDE EXPRESS**
☐ Int'l Express Envelope
☐ Non-Dutiable ☐ WorldFreight
☐ Dutiable ☐ Other

**Service Options** (extra charges may apply)
☐ Saturday Delivery ☐ Special Pickup
☐ Hold For Pickup* ☐ Delivery Notification
*US deliveries only
Not all products or service options are available to/from all locations.

DP ☐ GLOBAL MAIL
☐ Priority ☐ Standard
☐ IPA ☐ ISAL ☐ DomFlats

DIMENSIONAL/CHARGEABLE WEIGHT _____ lbs

SERVICES / CHARGES

Drop Box # _____ TOTAL _____

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)
No.:
Type      Expires
Auth.

PICKED UP BY
Route No.
Time     Date

ORIGIN _____ DESTINATION CODE _____

2002©



# Track results detail

▶ Print this page

## Tracking results detail for 7918589851

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 9/18/2007  11:00 am |
| Delivered to | | |
| Signed for by | | IVON /3 |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 9/18/2007 | 11:00 am | Shipment delivered. | Havana, Cuba |
| | 9:24 am | With delivery courier. | Havana, Cuba |
| | 9:01 am | Arrived at DHL facility. | Havana, Cuba |
| 9/17/2007 | 2:18 pm | Transit through DHL facility | Havana, Cuba |
| 9/15/2007 | 1:51 pm | Depart Facility | Mexico City, Mexico |
| | 5:54 am | Depart Facility | Wilmington - Clinton Field, OH |
| | 12:46 am | Processed at DHL Location. | Wilmington - Clinton Field, OH |
| | 12:11 am | Clearance processing complete | Wilmington - Clinton Field, OH |
| 9/13/2007 | 5:24 am | Shipment on Hold. | Wilmington - Clinton Field, OH |
| | 2:11 am | Clearance Delay | Wilmington - Clinton Field, OH |
| | 1:27 am | In transit. | Wilmington - Clinton Field, OH |
| 9/12/2007 | 9:39 pm | Depart Facility | Miami - Tamiami, FL |
| | 8:05 pm | Processed at DHL Location. | Miami - Tamiami, FL |
| | 3:37 pm | Shipment picked up | Miami - Tamiami, FL |

**Ship From:**
Miami - Tamiami, FL
United States

**Ship To:**
Havana, Cuba

**Shipment Information:**
Ship date: 9/12/2007
Pieces: 1
Total weight: 1 lb *
Ship Type: Letter
Shipment Reference: NK
Service: Express
Special Service:
Description: NONE

Attention:                    Attention:

Tracking detail provided by DHL: 10/24/2007, 5:35:05 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.

STAMPED PETITION FOR TURNOVER

**DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324**  Shipper's Copy

Waybill no: 791 8589 851

**1 Payer account number and shipment value protection details**
Charge to: ☒ Shipper  ☐ Receiver  ☐ 3rd Party

**2 From (Shipper)**
Contact Name: ELLEN SEIDA

**3 To (Receiver)**
Company Name: REPUBLIC OF CUBA
Minister of Foreign Relations
Felipe Perez Roque
Calzada No. 360, Esquina AG
Vedado, Havana Cuba

**4 Shipment Details**
Total number of packages: 1

**5 Full Description of Contents**
Documents

**6 Dutiable Shipments Only (Customs requirement)**
Receiver ☒ Shipper

**7 Shipper's Authorization (signature required)**