# Exhibit G

Case 1:07-cv-07974-VM    Document 46-11    Filed 08/21/2008    Page 1 of 3

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ana Margarita Martinez | 07-CV-6607-VM |
| DEFENDANT | TYPE OF PROCESS |
| The Republic of Cuba | Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
　　　AT&T Corp., c/o CT Corporation System, Registered Agent

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
　　111 Eighth Avenue, New York, NY 10001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph A. DeMaria / Bryan T. West
Tew Cardenas LLP
1441 Brickell Ave., 15th Floor
Miami, FL 33131
Counsel for Ana Margarita Martinez

| Number of process to be served with this Form - 285 | One |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fold

Signature of Attorney or other Originator requesting service on behalf of:　☒ PLAINTIFF　☐ DEFENDANT
　　TELEPHONE NUMBER: (305) 536-1112　　DATE: 3/7/08
Signed: Bryan T. West

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>P2 | District of Origin<br>No. 54 | District to Serve<br>No. 54 | Signature of Authorized USMS Deputy or Clerk | Date<br>3/10/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 3-13　Time: 11:30 ☐am ☐pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 3.78 | | 48.78 | | | |

REMARKS:

→ NOTE
07-6607-8

| PRIOR EDITIONS MAY BE USED | **3. NOTICE OF SERVICE** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ana Margarita Martinez | 07-CV-6607-VM |
| DEFENDANT | TYPE OF PROCESS |
| The Republic of Cuba | Writ of Execution |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JPMorgan Chase Bank, N.A.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 Chase Manhattan Plaza, New York, NY 10005

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph A. DeMaria / Bryan T. West
Tew Cardenas LLP
1441 Brickell Ave., 15th Floor
Miami, FL 33131
Counsel for Ana Margarita Martinez

| Number of process to be served with this Form - 285 | One |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Phone number for JPMorgan Chase Bank, N.A. is 212/270-6000

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (305) 536-1112   DATE: 3/5/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk | Date 3/10/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Linda Platone
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3-10-08   Time: 1:10 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 1.16 | | 46.16 | | | |

REMARKS:
07-6607-VM

**3. NOTICE OF SERVICE**

PRIOR EDITIONS MAY BE USED

FORM USM-285 (Rev. 12/15/80)