# Exhibit I

**JPMorganChase**
Court Orders and Levies Department
Mail Code LA2-9381
451 Florida Street
Baton Rouge, LA 70801

Monday, Mar 17, 2008

UNITED STATES MARSHALS SERVICE
500 PEARL STREET
NEW YORK, NY 10007

**Re: ANA MARGARITA MARTINEZ vs THE REPUBLIC OF CUBA, et al.**

CASE No: **07CV6607**

JPMorgan Chase Bank, N.A. ("**JPMC**") is in receipt of your Levy against the above referenced debtor.

JPMC conducted a search of its current systems of the named judgment debtors. The amounts held in each account is listed below:

| Received Date | Account Number | Amount of Hold | Present Balance |
|---|---|---|---|

If funds not held, provide reasons: NO DEPOSIT ACCOUNTS LOCATED

Please allow this letter to serve as JPMC's answer to the Levy. If you should have any questions regarding this matter, please contact the bank at (225) 332- 7250 between the hours of 8:00am - 6:00pm CST.

Very truly yours,

ERIC M NEWMAN
Legal Processing Specialist
JPMorgan Chase Bank, N.A.
Court Orders and Levies Department