UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

                  Plaintiff,

against

AT&T CORP., CUBAN AMERICAN
TELEPHONE AND TELEGRAPH
COMPANY, and JPMORGAN CHASE
BANK, N.A.,

                  Garnishees.

_____/

Case Number: 07 Civ. 7974 (VM)

**NOTICE OF MOTION FOR GARY ANDERSON'S AND ANA MARGARITA
MARTINEZ'S JOINT MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Gary

Anderson and Ana Margarita Martinez will move this Court before the Honorable Victor Marrero,

United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan

United States Courthouse, New York, New York 10007, Courtroom 20B, at a date and time to be

scheduled by the Court, for summary judgment for the turnover of certain funds that have been

deposited by AT&T Corp. at JPMorgan Chase Bank, N.A. relating to funds payable to the Republic

of Cuba for tax liabilities. Attached hereto is Gary Anderson's and Ana Margarita Martinez's Rule

56.1 Statement in Support of Motion for Summary Judgment.

**TEW CARDENAS LLP**

By: s/Bryan T. West__
Joseph A. DeMaria  (JD 5668)
jad@tewlaw.com
Bryan T. West (BW 8739)
btw@tewlaw.com
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Phone: 305 536-1112
Fax: 305-536-1116
*Counsel for Gary Anderson, as the Personal Representative of the Estate of Howard Anderson*, and *Ana Margarita Martinez*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 21st day

of August, 2008, on the following:

**VIA ECF**:

James L. Kerr, Esq.
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
*Counsel for JPMorgan Chase*

Lynn A. Dummett, Esq.
SIDLEY AUSTIN
787 Seventh Avenue
New York, NY 10019
*Counsel for AT&T Corp. and Cuban American Telephone and Telegraph Co.*

**VIA DHL:**

REPUBLIC OF CUBA
Minister of Foreign Relations
Felipe Perez Roque
Calzada No. 360, Esquina AG
Vedado, Havana, Cuba

s/Bryan T. West

@PFDesktop\::ODMA/MHODMA/DMS_NT;Miami;511585;1

3