# EXHIBIT "H"



FILE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 18 MS 0302

DOROTHY ANDERSON McCARTHY,
as Personal Representative of the estate of
Howard Anderson,

      Plaintiff,

vs.

THE REPUBLIC OF CUBA,

      Defendant.

_____/

## NOTICE TO JUDGMENT DEBTOR OR OBLIGOR

Money or property belonging to you may have been taken or held in order to satisfy a

judgment or order which has been entered against you. Read this carefully.

### YOU MAY BE ABLE TO GET YOUR MONEY BACK

State and federal laws prevent certain money or property from being taken to satisfy

judgments or orders. Such money or property is said to be "exempt". The following is a partial list

of money which may be exempt:

1. Supplemental security income, (SSI);
2. Social Security;
3. Public assistance (welfare);
4. Alimony or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions; and
9. Veterans benefits.

If you think that any of your money that has been taken or held is exempt, you must act promptly because the money may be applied to the judgment or order. If you claim that any of your money that has been taken or held is exempt, you may contact the person sending this notice.

Also, YOU MAY CONSULT AN ATTORNEY, INCLUDING LEGAL AID IF YOU QUALIFY. The law (New York civil practice law and rules, article four and sections fifty-two hundred thirty-nine and fifty-two hundred forty) provides a procedure for determination of a claim to an exemption.

Dated: August ___3___, 2005

JOSEPH A. DEMARIA, ESQ. (JD 5668)
BRYAN T. WEST, ESQ. (BW 8739)
**TEW CARDENAS LLP**
1441 Brickell Avenue
Four Seasons Tower, Suite 1500
Miami, Florida 33131
Telephone: (305) 536-1112

To:     The Republic of Cuba
        Felipe Perez Roque
        Minister of Foreign Relations
        Calzada No. 360, Esquina AG
        Vedado, Havana Cuba

2

# EXHIBIT "I"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 18 MS 0302
(Transcript of Registered Judgment No. 05-1005)

DOROTHY ANDERSON McCARTHY,
as Personal Representative of the estate of
Howard Anderson,

       Plaintiff,

vs.

THE REPUBLIC OF CUBA,

       Defendant.

_____/

### RESTRAINING NOTICE TO GARNISHEE

RE:    The Republic of Cuba, Judgment Debtor

TO:    Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C., Garnishee
       740 Broadway at Astor Place, 5th Floor
       New York, New York 10003-9518

GREETING:

       Whereas, in an action in the United States District Court for the Southern District of New York, between Dorothy Anderson McCarthy, as Personal Representative of the Estate of Howard Anderson, as plaintiff/judgment creditor and The Republic of Cuba as defendant/judgment debtor, who are all parties named in the above-captioned action, a judgment was registered on May 25, 2005, in favor of Mrs. McCarthy, the Judgment Creditor and against the Republic of Cuba, judgment debtor, in the amount of $67,000,000, all of which remains due and unpaid;

       WHEREAS, it appears that you owe a debt to the judgment debtor or are in possession or in custody of property in which the judgment debtor has an interest, including:

       The bank account in the name of the following:

1.      The blocked account in the name of "Rabinowitz Boudin SPL for the AC of the Republic of Cuba & Its Agencies BLK ACCT.:"; Account No. 92037119.

TAKE NOTICE that pursuant to Fed.R.Civ.P. 69(a), and subdivision (b) of Section 5222 of the Civil Practice Law and Rules, which is set forth in full herein, you are hereby forbidden to make or suffer any sale, assignment, transfer of or any interference with, any such property or pay over or otherwise dispose of any such debt as therein provided.

TAKE FURTHER NOTICE that this notice also covers all property in which the judgment debtor has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor.

### CIVIL PRACTICE LAW AND RULES

**(b) Effect of restraint; prohibition of transfer; duration.** A judgment debtor or obligor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he or she has an interest, except upon direction of the sheriff or pursuant to an order of the court, until the judgment or order is satisfied or vacated. A restraining notice served upon a person other than the judgment debtor or obligor is effective only if, at the time of service, he or she owes a debt to the judgment debtor or obligor or he or she is in the possession or custody of property in which he or she knows or has reason to believe the judgment debtor or obligor has an interest, or if the judgment creditor or support collection unit has stated in the notice that a specified debt is owed by the person served to the judgment debtor or obligor or that the judgment debtor or obligor has an interest in specified property in the possession or custody of the person served. All property in which the judgment debtor or obligor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person, including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor or obligor, shall be subject to the notice. Such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff or the support collection unit, except upon direction of the sheriff or pursuant to an order of the court, until the expiration of one year after the notice is served upon him or her, or until the judgment or order is satisfied or vacated, whichever event first occurs. A judgment creditor or support collection unit which has specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment debtor or obligor, for any damages sustained by reason of the restraint. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment debtor or obligor in an amount equal to twice the amount due on the judgment or order, the restraining notice is not effective as to other property or money.

TAKE FURTHER NOTICE that disobedience of this Restraining Notice is punishable as a contempt of court.

2

Dated: August 𝑡ℎ , 2005

JOSEPH A. DeMARIA (JD-5668)
Attorney for Judgment Creditor
Tew Cardenas LLP
1441 Brickell Avenue, 15th Floor
Miami, FL 33131
(305) 536-1112

@PFDesktop\::ODMA/MHODMA/MIAMI;443790;1

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
DOROTHY ANDERSON McCARTHY, as
Personal Representative of the estate of
Howard Anderson,

                     Plaintiff(s),

    -against-

THE REPUBLIC OF CUBA,

                    Defendant(s).
--------------------------------------------------------X

Case No. 18-MS-0302
Transcript of Registered
Judgment No. 05-1005

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                        :
COUNTY OF NEW YORK  )

    STEVEN MITCHELL, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

    That on the 25th day of August, 2005, at approximately 2:21 p.m., deponent served the original **RESTRAINING NOTICE TO GARNISHEE** upon Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C., Garnishee, at 740 Broadway, 5th Floor, New York, New York 10003-9518 by personally delivering and leaving the same with Michael Krinsky, Partner, who is authorized by law to accept service.

    Michael Krinsky is a white male, approximately 45-55 years of age, is approximately 6 feet tall, weighs approximately 180 pounds, is bald with medium length black hair and was wearing glasses.

Sworn to before me this
25th day of August, 2005

_____
STEVEN MITCHELL #1164011

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
**Qualified in Queens County**
**Certificate Filed in New York County**
**Commission expires February 3, 2006**

EXHIBIT "J"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 18 MS 0302
(Transcript of Registered Judgment No. 05-1005)

DOROTHY ANDERSON McCARTHY,
as Personal Representative of the estate of
Howard Anderson,

       Plaintiff,

vs.

THE REPUBLIC OF CUBA,

       Defendant.

_____/

## **RESTRAINING NOTICE TO GARNISHEE**

RE:    The Republic of Cuba, Judgment Debtor

TO:    J.P. Morgan Chase Bank, N.A., Garnishee
       One Chase Plaza
       New York, New York 10081

GREETING:

     Whereas, in an action in the United States District Court for the Southern District of New York, between Dorothy Anderson McCarthy, as Personal Representative of the Estate of Howard Anderson, as plaintiff/judgment creditor and The Republic of Cuba as defendant/judgment debtor, who are all parties named in the above-captioned action, a judgment was registered on May 25, 2005, in favor of Mrs. McCarthy, the Judgment Creditor and against the Republic of Cuba, judgment debtor, in the amount of $67,000,000, all of which remains due and unpaid;

     WHEREAS, it appears that you owe a debt to the judgment debtor or are in possession or in custody of property in which the judgment debtor has an interest, including:

     Bank accounts in the name of any of the following:

    1.    All blocked accounts in the name or for the benefit of "Banco Nacional de Cuba;"

    2.    The following blocked accounts in the name of "AT&T Long Lines:"
        Account Nos. G00875 and/or G00876;

3.  The following blocked account in the name of "Empresa de Telecomunicaciones:"
    Account No. 399507995;

4.  The following blocked account in the name of "Rabinowitz Boudin SPL for the AC
    of the Republic of Cuba & Its Agencies BLK ACCT.:"
    Account No. 92037119.

TAKE NOTICE that pursuant to Fed.R.Civ.P. 69(a), and subdivision (b) of Section 5222 of the Civil Practice Law and Rules, which is set forth in full herein, you are hereby forbidden to make or suffer any sale, assignment, transfer of or any interference with, any such property or pay over or otherwise dispose of any such debt as therein provided.

TAKE FURTHER NOTICE that this notice also covers all property in which the judgment debtor has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor.

CIVIL PRACTICE LAW AND RULES

**(b) Effect of restraint; prohibition of transfer; duration.** A judgment debtor or obligor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he or she has an interest, except upon direction of the sheriff or pursuant to an order of the court, until the judgment or order is satisfied or vacated. A restraining notice served upon a person other than the judgment debtor or obligor is effective only if, at the time of service, he or she owes a debt to the judgment debtor or obligor or he or she is in the possession or custody of property in which he or she knows or has reason to believe the judgment debtor or obligor has an interest, or if the judgment creditor or support collection unit has stated in the notice that a specified debt is owed by the person served to the judgment debtor or obligor or that the judgment debtor or obligor has an interest in specified property in the possession or custody of the person served. All property in which the judgment debtor or obligor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person, including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor or obligor, shall be subject to the notice. Such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff or the support collection unit, except upon direction of the sheriff or pursuant to an order of the court, until the expiration of one year after the notice is served upon him or her, or until the judgment or order is satisfied or vacated, whichever event first occurs. A judgment creditor or support collection unit which has specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment debtor or obligor, for any damages sustained by reason of the restraint. If a garnishee served with a restraining notice

2

withholds the payment of money belonging or owed to the judgment debtor or obligor in an amount equal to twice the amount due on the judgment or order, the restraining notice is not effective as to other property or money.

TAKE FURTHER NOTICE that disobedience of this Restraining Notice is punishable as a contempt of court.

Dated: August 24, 2005

JOSEPH A. DeMARIA (JD-5668)
Attorney for Judgment Creditor
Tew Cardenas LLP
1441 Brickell Avenue, 15th Floor
Miami, FL 33131
(305) 536-1112

@PFDesktop\:ODMA/MHODMA/MIAMI;442600;1

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DOROTHY ANDERSON McCARTHY, as
Personal Representative of the estate of
Howard Anderson,

                              Plaintiff(s),

        -against-

THE REPUBLIC OF CUBA,

                              Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK        )
                         :
COUNTY OF NEW YORK  )

Case No. 18-MS-0302
Transcript of Registered
Judgment No. 05-1005


**AFFIDAVIT OF SERVICE**

        BOBBY ALI, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of
eighteen years and is not a party to the action.
        That on the 25th day of August, 2005, at approximately 2:40 p.m., deponent
served the original **RESTRAINING NOTICE TO GARNISHEE** upon J.P.
Morgan Chase Bank, N.A. at One Chase Manhattan Plaza, 20th Floor, New York,
New York 10081 by personally delivering and leaving the same with Linda
A. Platone, Legal Coordinator, who stated that she is authorized to accept service.
        Linda A. Platone is a white female, approximately 54 years of age, is
approximately 5 feet, 4 inches tall, weighs approximately 140 pounds, with
medium length blonde hair and dark eyes.


Sworn to before me this
25th day of August, 2005

                                        _____
                                        BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC STATE OF NEW YORK
Reg. No. 01-KE-4851559
**Qualified in Queens County**
**Certificate Filed in New York County**
**Commission expires February 3, 2006**

# EXHIBIT "K"

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. ____05-1005____                    DOCKET NO. ____8 MS 0302____

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

*To the Marshal of the Southern District of New York, GREETING:*

YOU ARE COMMANDED, that the goods and chattels of __The Republic of Cuba__

_____

_____

in your district you cause to be made the sum of ___Sixty-seven million___

_____ dollars and ____Zero____ cents, ($ 67,000,000)
which lately in the United States District Court of the United States for the Southern District of New York, in the
Second Circuit, __Dorothy Anderson McCarthy, as the Personal Representative of the Estate of Howard Anderson__
recovered against the said __Republic of Cuba__

_____

in an action between __Dorothy Anderson McCarthy, as the Personal Representative of the Estate of Howard Anderson__

_____

PLAINTIFF and __The Republic of Cuba__

DEFENDANT, in favor of said __Dorothy Anderson McCarthy, as the Personal Representative of the Estate of__
__Howard Anderson__ as appears by the record filed in the Clerk's Office of said District Court on the ____26th____
_____ day of_____May_____, in the year of ___2005___
and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the
same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time
thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you,
to the Clerk of said District Court.

WITNESS, the Honorable Michael B. Mukasey, Chief Judge of the United States Court for the Southern
District of New York, at the City of New York, on the __20th__ day of __AUGUST__ in the year
of our Lord __2005__, and of the Independence of the United States the two hundred twenty-ninth year.

### J. MICHAEL McMAHON

By: _____
                                         CLERK

RECEIVED

# EXHIBIT "L"

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dorothy Anderson McCarthy | 18 MS 0302 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| The Republic of Cuba | Writ of Execution |

**SERVE** ▶ NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

740 Broadway, 5th Floor, New York, NY 10003-9518

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Brett Halsey
Tew Cardenas, LLP
1441 Brickell Avenue, 15th Floor
Miami, FL 33131

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | One |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                           Fold

Phone number is (212) 251-1111

See annexed Notice of Service of Writ.

Signature of Attorney or other Originator requesting service on behalf of:     ☒ PLAINTIFF     TELEPHONE NUMBER     DATE
*BRETT* (For Halsey)                                                          ☐ DEFENDANT     (305) 536-1112       09/01/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | P2 | No. 34 | No. 51 | *Joann Hoodson* | 9/1/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

*Michael Krinsky Member of Firm*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am |
|---|---|---|
| 9/2/05 | 12:30 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal of | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 1.06 | | 46.16 | | | |

REMARKS:

NOTE

*07-197*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 18 MS 0302
(Transcript of Registered Judgment No. 05-1005)

DOROTHY ANDERSON McCARTHY,
as Personal Representative of the estate of
Howard Anderson,

      Plaintiff,

vs.

THE REPUBLIC OF CUBA,

      Defendant.

_____/

### NOTICE OF SERVICE OF WRIT OF EXECUTION

PLEASE TAKE NOTICE that a levy by service of execution, a copy of which is herewith served upon you, is hereby made pursuant to FED.R.CIV.P. 69(a) and Section 5232(a) of the New York Civil Practice Law and Rules ("CLPR") upon the following described property in your possession or custody in which the judgment debtor, the Republic of Cuba, has an interest:

The blocked account maintained at J.P. Morgan Chase Bank, N.A., New York, New York in the name of

**"Rabinowitz Boudin SPL for the AC of the Republic of Cuba &
Its Agencies BLK ACCT."**

**Account No. 92037119**

Dated: August 24, 2005

JOSEPH A. DeMARIA (JD-5668)
Attorney for Judgment Creditor
Tew Cardenas LLP
1441 Brickell Avenue, 15th Floor
Miami, FL 33131
(305) 536-1112

TO:    **RABINOWITZ, BOUDIN, STANDARD, KRINSKY & LIEBERMAN, P.C.**
**740 Broadway at Astor Place, 5th Floor**
**New York, New York 10003-9518**
**(212) 254-1111**

@PFDesktop\::ODMA/MHODMA/MIAM1;442650;1

2

TEW CARDENAS LLP
Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131-3407 • 305-536-1112

# EXHIBIT "M"

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dorothy Anderson McCarthy | 18 MS 0302 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| The Republic of Cuba | Writ of Execution |

**SERVE**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

JP Morgan Chase Bank

**AT**

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

One Chase Manhattan Plaza, New York, NY 10081

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Brett Halsey
Tew Cardenas, LLP
1441 Brickell Avenue, 15th Floor
Miami, FL 33131

| | |
|---|---|
| Number of process to be served with this Form - 285 | One |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold                                                                                        Fold

Phone number is (212) 552-6961

See annexed Notice of Service of Writ.

| Signature of Attorney or other Originator requesting service on behalf of: (For Brett Halsey) | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (305) 536-1112 | DATE 09/01/05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk | Date 9/1/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below).*

| Name and title of individual served *(if not shown above)* | |
|---|---|
| Dalia M Perez Legal Coordinator | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |

Address *(complete only if different than shown above)*

| Date of Service 9/2/05 | Time 1155 ☐ am ☒ pm |
|---|---|
| Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | .92 | | 45.92 | | | |

REMARKS:

NOTE

07-198

| PRIOR EDITIONS MAY BE USED | **3. NOTICE OF SERVICE** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 18 MS 0302
(Transcript of Registered Judgment No. 05-1005)

DOROTHY ANDERSON McCARTHY,
as Personal Representative of the estate of
Howard Anderson,

      Plaintiff,

vs.

THE REPUBLIC OF CUBA,

      Defendant.

_____/

### NOTICE OF SERVICE OF WRIT OF EXECUTION

PLEASE TAKE NOTICE that a levy by service of execution, a copy of which is herewith served upon you, is hereby made pursuant to FED.R.CIV.P. 69(a) and Section 5232(a) of the New York Civil Practice Law and Rules ("CLPR") upon the following described property in your possession or custody in which the judgment debtor, the Republic of Cuba, has an interest:

1.      All blocked accounts in the name or for the benefit of "Banco Nacional de Cuba;"

2.      The following blocked accounts in the name of "AT&T Long Lines:"
Account Nos. G00875 and/or G00876;

3.      The following blocked account in the name of "Empresa de Telecomunicaciones:"
Account No. 399507995;

4.      The following blocked account in the name of "Rabinowitz Boudin SPL for the AC of the Republic of Cuba & Its Agencies BLK ACCT.:"
Account No. 92037119.

Dated: August ___, 2005

JOSEPH A. DeMARIA (JD-5668)
Attorney for Judgment Creditor
Tew Cardenas LLP
1441 Brickell Avenue, 15th Floor
Miami, FL 33131
(305)-536-1112

TO:    **JP MORGAN CHASE BANK, N.A.**
       **One Chase Plaza**
       **New York, NY 10081**

@PFDesktop\:ODMA/MHODMA/MIAMI;442643;1

2

# EXHIBIT "N"

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

Part B-Property Reported
June 30, 2004

**REDACTED**

| Rabinowitz Boudin SPL for Account of Republic of Cuba | 920337118 | $44,476,037.71 | New York | 31CFR515 |
|---|---|---|---|---|

JPM

11

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

Part B-Property Reported
June 30, 2004

| AT&T Long Lines | | G00675 | | $23,461,000.00 | | New York | | 31CFR6615 |
|---|---|---|---|---|---|---|---|---|

**REDACTED**

2

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT



Part B-Property Reported
June 30, 2004

Redacted Non Responsive

3

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

Part B--Property Reported
June 30, 2004

Redacted Non Responsive

Part B-Property Reported
June 30, 2004

Redacted Non Responsive

REDACTED

| | | | | |
|---|---|---|---|---|
| BLK AIG BANCO NACIONAL DE CUBA (CUBA) | 395201276 | $266,871 | New York | 31CFR515 |
| BLK AIG BANCO NACIONAL DE CUBA (CUBA) | 395202308 | $560 | New York | 31CFR515 |
| BLK AIG BANCO NACIONAL DE CUBA (CUBA) | 395202426 | $309 | New York | 31CFR515 |
| BLK AIG BANCO NACIONAL DE CUBA (CUBA) | 395202434 | $646 | New York | 31CFR515 |
| BLK AIG BANCO NACIONAL DE CUBA | 395202450 | $49 | New York | 31CFR515 |
| BLK AIG BANCO NACIONAL DE CUBA | 395202668 | $33 | New York | 31CFR515 |

REDACTED

| | | | | |
|---|---|---|---|---|
| BLK AIG BANCO NACIONAL DE CUBA | 395203104 | $20,747 | New York | 31CFR515 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

1

Part B-Property Reported
June 30, 2004

| | | | | | |
|---|---|---|---|---|---|
| REDACTED | | | | REDACTED | |
| BLK A/C BANCO NACIONAL DE CUBA | | 395203139 | $28,609 | New York | 31CFR515 |
| | REDACTED | | | | |
| BLOCKED  A  CS  BANCO NACIONAL DE CUBA | | 395203457 | $136 | New York | 31CFR515 |
| BLK A/C BANCO NACIONAL DE CUBA | | 395203570 | $849 | New York | 31CFR515 |
| | REDACTED | | | | |
| BLOCKED  A/C  BANCO NACIONAL DE CUBA | | 395203732 | $278,574 | New York | 31CFR515 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

2

Part B-Property Reported
June 30, 2004

REDACTED

| | | | | |
|---|---|---|---|---|
| BLOCKED A/C- BANCO NACIONAL DE CUBA | 395600141 | $33 | New York | 31CFR515 |
| BLOCKED A/C- BANCO NACIONAL DE CUBA | 395600419 | $7,727 | New York | 31CFR515 |

REDACTED

| | | | | |
|---|---|---|---|---|
| BLOCKED A/C-BANCO NACIONAL DE CUBA | 395601296 | $5,364 | New York | 31CFR515 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

3

JP... J0007

Part B-Property Reported
June 30, 2004

# REDACTED

| | | | | |
|---|---|---|---|---|
| BLOCKED A-CS - CH BANCO NACIONAL DE CUBA | 395503868 | $871 | New York | 31CFR515 |
| BLOCKED A-CS - CH BANCO NACIONAL DE CUBA | 395503914 | $50,810 | New York | 31CFR515 |
| BLOCKED A-CS - CH BANCO NACIONAL DE CUBA | 395503922 | $71,638 | New York | 31CFR515 |
| BLK A-CS - CH BANCO NACIONAL DE CUBA | 395504031 | $70 | New York | 31CFR515 |
| BLK A-CS - CH BANCO NACIONAL DE CUBA | 395504066 | $137 | New York | 31CFR515 |
| BLK A-CS - CH BANCO NACIONAL DE CUBA | 395504104 | $249 | New York | 31CFR515 |
| BLOCKED A-CS - CH BANCO NACIONAL DE CUBA | 395504112 | $14,419 | New York | 31CFR515 |
| BLOCKED A-CS - CH BANCO NACIONAL DE CUBA | 395504147 | $736 | New York | 31CFR515 |
| BLKED A/C - CH BANCO NACIONAL DE CUBA | 395504163 | $279 | New York | 31CFR515 |
| BLOCKED A-CS - CH BANCO NACIONAL DE CUBA | 395504422 | $62 | New York | 31CFR515 |
| BLOCKED A-CS - CH BANCO NACIONAL DE CUBA | 395504430 | $64 | New York | 31CFR515 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

4

Part B-Property Reported
June 30, 2004

REDACTED

| BLOCKED A/C CH BANCO NACIONAL DE CUBA | 395504783 | $129 | New York | 31CFR515 |
| BLOCKED A-CS - CH BANCO NACIONAL DE CUBA | 395505036 | $252 | New York | 31CFR515 |
| BLK A/C - CH BANCO NACIONAL DE CUBA | 395505135 | $8,270 | New York | 31CFR515 |
| BLK A/C CH BANCO NACIONAL DE CUBA | 395505232 | $133 | New York | 31CFR515 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

5

JPM 00009

Part B–Property Reported
June 30, 2004

| BLOCKED A-CS - CH BANCO NACIONAL DE CUBA | 39560532I | | $880 | New York | | 31CFR515 |
|---|---|---|---|---|---|---|

**REDACTED**

| BLKED AIC - CH BANCO NACIONAL DE CUBA | 395506816 | | $18,842 | New York | | 31CFR515 |
|---|---|---|---|---|---|---|
| BLKED AIC - CH BANCO NACIONAL DE CUBA | 395505623 | | $593 | New York | | 31CFR515 |
| BLKED AIC - CH BANCO NACIONAL DE CUBA | 395506658 | | $8,966 | New York | | 31CFR515 |
| BLOCKED A-CS - CH BANCO NACIONAL DE CUBA | 395506874 | | $1,425 | New York | | 31CFR515 |
| BLOCKED A-CS - CH BANCO NACIONAL DE CUBA | 395506682 | | $33,787 | New York | | 31CFR515 |
| BLOCKED A-CS - CH BANCO NACIONAL DE CUBA | 395506747 | | $9,129 | New York | | 31CFR515 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

6

JPN...010

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

**Part B-Property Reported**
**June 30, 2004**

**REDACTED**

| | | | | |
|---|---|---|---|---|
| BLK AC OH BANCO NACIONAL DE CUBA | 395508180 | $1,241 | New York | 31CFR515 |
| BLOCKED A C6 CH BANCO NACIONAL DE CUBA | 395508743 | $12 | New York | 31CFR515 |
| BLOCKED A C6 BANCO NACIONAL DE CUBA | 395508956 | $296 | New York | 31CFR515 |
| BLK AC EMPRESA DE TELECOMUNICACIONES | 395607995 | $1,047,133 | New York | 31CFR515 |
| BLOCKED A CCTS BANCO NACIONAL DE CUBA | 395508363 | $2,422 | New York | 31CFR515 |

7

JP... 0011

Part B-Property Reported
June 30, 2004

| | | | | |
|---|---|---|---|---|
| BLK-AIC-BANCO NACIONAL DE CUBA | 39560671.1 | $232 | New York | 31CFR515 |
| BLK-AIC-BANCO NACIONAL DE CUBA LA HABANA | 3965102.01 | $5,787 | New York | 31CFR515 |

REDACTED

REDACTED

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER AND AGREEMENT

8

JPM 00012

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

Part B-Property Reported
June 30, 2004

BLOCKED A/C BANCO NACIONAL DE CUBA

| | 39590132 | $283 | New York | 31CFR515 |

8

**REDACTED**

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

Part B-Property Reported
June 30, 2004

REDACTED

| BK A/C: BANCO NACIONAL DE CUBA | 395902983 | $124 | New York | 31CFR615 |
|---|---|---|---|---|

10

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

Part B-Property Reported
June 30, 2004

| | | | |
|---|---|---|---|
| BLKAC-BANCO NACIONAL DE CUBA | | | |
| 395904626 | $330 | New York | 31CFR515 |
| BLOCKED A-CS - BANCO NACIONAL DE CUBA | | | |
| BLOCKED A-CS - BANCO NACIONAL DE CUBA | | | |
| 395905176 | $737 | New York | 31CFR515 |
| 385905184 | $4,903 | New York | 31CFR5`5 |

REDACTED

| | | | |
|---|---|---|---|
| BLOCKED A-CS - BANCO NACIONAL DE CUBA | | | |
| 395906069 | $1,204 | New York | 31CFR515 |

11

JP...0015

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

Part B-Property Reported
June 30, 2004

REDACTED

12

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

13.

REDACTED

Part B-Property/Reported
June 30, 2004

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

Part B-Property Reported
June 30, 2004

REDACTED

BHKAC BANCO NACIONAL DE CUBA (CUBA) Faro: 1118372    396914760    $54,838    New York    31CFR515

REDACTED

14

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

Part B-Property Reported
June 30, 2004

REDACTED

15

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

Part B-Property Reported
June 30, 2004

**REDACTED**

16

Part B-Property Reported
June 30, 2004

# REDACTED

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

17

JPM

21

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

Part B-Property Reported
June 30, 2004

18

Redacted Non Responsive

Annual Report of Blocked Property
TD F 90-22.50
Office of Foreign Assets Control
Part B – Property Reported (as of June 30, 2004)
Bank One Corporation

| Owner | Description | Value | Location | Regulations |
|---|---|---|---|---|
| Banco Nacional de Cuba | CD  BCONCLDECU | $2,988.14 | Bank One, NA | 31 CFR 515 |

REDACTED

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

JPM 00

Annual Report of Blocked Property
TD F 90-22.50
Office of Foreign Assets Control
Part B – Property Reported (as of June 30, 2004)
Bank One Corporation

| Owner | Description | Value | Location |
|-------|-------------|-------|----------|
| | | | |

**REDACTED**

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER AND AGREEMENT

JPM (