# Exhibit C

Case 1:07-cv-22375-WMH    Document 12-4    Entered on FLSD Docket 10/01/2007    Page 2 of 2

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

| PLAINTIFF Dorothy Anderson McCarthy as personal representative of the Estate of Howard Anderson | COURT CASE NUMBER 05-CV-7314 (VM) |
|---|---|
| DEFENDANT The Republic of Cuba | TYPE OF PROCESS Writ of Execution |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | AT&T Corp., c/o CT Corporation System, Registered Agent |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 111 Eighth Avenue, New York, NY 10001 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Bryan T. West<br>Joseph A. DeMaria<br>Tew Cardenas LLP<br>1441 Brickell Avenue, 15th Floor<br>Miami, FL 33131<br>Counsel for Dorothy Anderson McCarthy | Number of process to be served with this Form - 285 **One**<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold

Phone number for AT&T Corp. is (888) 234-2355

For specific instructions, see attached Notice of Service of Writ.

Fold

| Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (305) 536-1112 | DATE |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process P2 | District of Origin No. 5?1 | District to Serve No. 5? | Signature of Authorized USMS Deputy or Clerk | Date 12/19/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (if not shown above) | | A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service 12 21 06  Time 12 35  am ☐ pm ☐ |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 3.71 | | 48.71 | | | |

REMARKS:

NOTE
MM7302-36

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|