# Exhibit E



# Track results detail

▸ Print this page

## Tracking results detail for 7850199630

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 9/17/2007  10:05 am |
| Delivered to | | |
| Signed for by | | IVON /3 |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 9/17/2007 | 10:05 am | Shipment delivered. | Havana, Cuba |
| | 8:40 am | With delivery courier. | Havana, Cuba |
| 9/16/2007 | 5:02 pm | Scheduled to move | Havana, Cuba |
| | 2:30 pm | Arrived at DHL facility. | Havana, Cuba |
| 9/15/2007 | 3:31 pm | Transit through DHL facility | Havana, Cuba |
| 9/13/2007 | 8:35 pm | Depart Facility | Mexico City, Mexico |
| | 5:48 am | Depart Facility | Wilmington - Clinton Field, OH |
| | 1:16 am | Processed at DHL Location. | Wilmington - Clinton Field, OH |
| | 12:27 am | Clearance processing complete | Wilmington - Clinton Field, OH |
| 9/12/2007 | 6:12 am | Shipment on Hold. | Wilmington - Clinton Field, OH |
| 9/11/2007 | 5:54 am | Clearance Delay | Wilmington - Clinton Field, OH |
| | 2:09 am | In transit. | Wilmington - Clinton Field, OH |
| 9/10/2007 | 9:30 pm | Depart Facility | Miami - Tamiami, FL |
| | 7:45 pm | Processed at DHL Location. | Miami - Tamiami, FL |
| | 5:50 pm | Shipment picked up | Miami - Tamiami, FL |

**Ship From:**
Miami - Tamiami, FL
United States

**Ship To:**
Havana, Cuba

**Shipment Information:**
Ship date: 9/10/2007
Pieces: 1
Total weight: 1 lb *
Ship Type: Letter
Shipment Reference: NK
Service: Express
Special Service:
Description: NONE

Attention:                Attention:

Tracking detail provided by DHL: 10/24/2007, 5:35:31 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.

UNSTAMPED Petition for Turnover

**DHL WORLDWIDE EXPRESS USA**
DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

**Shipper's Copy**

Shipment Air waybill (Non-negotiable)
1-800-CALL-DHL in USA only
Process and Track your shipment online: http://www.dhl-usa.com

**1 Payer account number and shipment value protection details**
Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
Not all payment options are available in all countries.
☐ Cash ☐ Check ☐ Credit Card

**2 From (Shipper)**
Shipper's Account Number: 744 03480
Contact Name: ELLEN SEIDL
Shipper's Reference (up to 35 characters): 20712.002

Tew Cardenas LLP
1441 Brickell Avenue - 15th Floor
Miami, FL 33131

305-536-1112

**3 To (Receiver)**
Company Name:
REPUBLIC OF CUBA
Minister of Foreign Relations
Felipe Perez Roque
Calzada No. 360, Esquina AG
Vedado, Havana Cuba

Country
Post/ZIP Code (required)
Phone, Fax, or E-mail (required)

**Waybill: 785 0199 630**

**4 Shipment Details**
Total Number of Packages: 1
Total Weight (If DHL Express Document packaging used, enter XD): lbs
Pieces / Length / Width / Height

**5 Full Description of Contents**
Give Content and Quantity DHL Does Not Transport Cash
DOCUMENTS

**6 Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Commercial Invoice or Pro Forma.
Export License No./Symbol (if applicable) / Receiver's VAT/GST or Shipper's EIN/SSN
Value for Customs (in US $) (as on Commercial/Pro Forma Invoice)
Schedule B Number / Harmonized Code (if applicable)
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes if left blank, Receiver pays duties/taxes.
☐ Receiver ☒ Shipper ☐ Other _____

**7 Shipper's Authorization (signature required)**
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request; for an extra charge, I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required): _____ Date: 1/10/07

**8 Products & Services**
DOMESTIC EXPRESS:
☐ U.S. Express Envelope
☐ USA Overnight
☐ Other
WORLDWIDE EXPRESS:
☐ Int'l Express Envelope
☐ Non-Dutiable ☐ WorldFreight
☐ Dutiable ☐ Other
Service Options (extra charges may apply):
☐ Saturday Delivery ☐ Special Pickup
☐ Hold For Pickup* ☐ Delivery Notification
*US deliveries only
Not all products or service options are available to/from all locations.

DESTINATION CODE
ORIGIN

DIMENSIONAL/CHARGEABLE WEIGHT: lbs
SERVICES / CHARGES
Drop Box # / TOTAL
TRANSPORT COLLECT STICKER No.
PAYMENT DETAILS (Check, Card No.) No.:
Type / Expires
Auth.
PICKED UP BY
Route No.
Time / Date



# Track results detail

▶ Print this page

## Tracking results detail for 7918589851

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 9/18/2007  11:00 am |
| Delivered to | |
| Signed for by | IVON /3 |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 9/18/2007 | 11:00 am | Shipment delivered. | Havana, Cuba |
| | 9:24 am | With delivery courier. | Havana, Cuba |
| | 9:01 am | Arrived at DHL facility. | Havana, Cuba |
| 9/17/2007 | 2:18 pm | Transit through DHL facility | Havana, Cuba |
| 9/15/2007 | 1:51 pm | Depart Facility | Mexico City, Mexico |
| | 5:54 am | Depart Facility | Wilmington - Clinton Field, OH |
| | 12:46 am | Processed at DHL Location. | Wilmington - Clinton Field, OH |
| | 12:11 am | Clearance processing complete | Wilmington - Clinton Field, OH |
| 9/13/2007 | 5:24 am | Shipment on Hold. | Wilmington - Clinton Field, OH |
| | 2:11 am | Clearance Delay | Wilmington - Clinton Field, OH |
| | 1:27 am | In transit. | Wilmington - Clinton Field, OH |
| 9/12/2007 | 9:39 pm | Depart Facility | Miami - Tamiami, FL |
| | 8:05 pm | Processed at DHL Location. | Miami - Tamiami, FL |
| | 3:37 pm | Shipment picked up | Miami - Tamiami, FL |

**Ship From:**
Miami - Tamiami, FL
United States

Attention:

**Ship To:**
Havana, Cuba

Attention:

**Shipment Information:**
Ship date: 9/12/2007
Pieces: 1
Total weight: 1 lb *
Ship Type: Letter
Shipment Reference: NK
Service: Express
Special Service:
Description: NONE

Tracking detail provided by DHL: 10/24/2007, 5:35:05 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.

STAMPED PETITION FOR TURNOVER

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324 — Shipper's Copy

**1 Payer account number and shipment value protection details**
Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
Payment: ☐ Cash ☐ Check ☐ Credit Card
Not all payment options are available in all countries.

**2 From (Shipper)**
Shipper's Account Number: _____
Contact Name: ELLEN SEIDL
Shipper's Reference (up to 35 characters): _____
Company Name: _____
Address: _____
Post/ZIP Code (required): _____
Phone, Fax, or E-mail (required): _____

**3 To (Receiver)**
Company Name: REPUBLIC OF CUBA
Minister of Foreign Relations
Felipe Perez Roque
Calzada No. 360, Esquina AG
Vedado, Havana Cuba
Country: _____
Phone, Fax, or E-mail (required): _____

Waybill: 791 8589 851

**4 Shipment Details**
Total number of packages: 1
Total Weight: _____
Dimensions (in inches): Length @ Width × Height

**5 Full Description of Contents**
Give Content and Quantity: Documents

**6 Dutiable Shipments Only (Customs requirement)**
Declared Value for Customs (in US $): _____
AES TRANSACTION NUMBER: _____
Destination Duties/Taxes: ☐ Receiver ☒ Shipper ☐ Other
Type of Export: ☐ Permanent ☐ Repair/Return ☐ Temporary

**7 Shipper's Authorization (signature required)**
Signature: _____ Date: _____

**8 Products & Services**
International Express Envelope / Non-Dutiable (International Document Service) / Dutiable (Worldwide Priority Express) / Other
Service Options: Saturday Delivery / Special Pickup / Delivery Notification / Signature Required
Global Mail: Int. Priority / Int. Standard / IPA / ISAL / Dom. Priority / Dom. Standard

DIMENSIONAL/CHARGEABLE WEIGHT (lbs)
SERVICES / CHARGES / Drop Box # / TOTAL
TRANSPORT COLLECT STICKER No.
PAYMENT DETAILS (Check, Card No.): No. / Type / Expires / Auth.
PICKED UP BY / Route No. / Time / Date