# Exhibit G

# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ana Margarita Martinez | 07-CV-6607-VM |
| DEFENDANT | TYPE OF PROCESS |
| The Republic of Cuba | Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
AT&T Corp., c/o CT Corporation System, Registered Agent

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
111 Eighth Avenue, New York, NY 10001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph A. DeMaria / Bryan T. West
Tew Cardenas LLP
1441 Brickell Ave., 15th Floor
Miami, FL 33131
Counsel for Ana Margarita Martinez

| Number of process to be served with this Form - 285 | One |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                    Fold

Signature of Attorney or other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT
Bryan T. West   TELEPHONE NUMBER: (305) 536-1112   DATE: 3/7/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | P2 | 54 | 54 | | 3/10/08 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

[X] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service   Time  11:30  am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 3.78 | | 48.78 | | | |

REMARKS:

NOTE
07-6607-8

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Ana Margarita Martinez | COURT CASE NUMBER<br>07-CV-6607-VM |
|---|---|
| DEFENDANT<br>The Republic of Cuba | TYPE OF PROCESS<br>Writ of Execution |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>JPMorgan Chase Bank, N.A. |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>1 Chase Manhattan Plaza, New York, NY 10005 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| Joseph A. DeMaria / Bryan T. West<br>Tew Cardenas LLP<br>1441 Brickell Ave., 15th Floor<br>Miami, FL 33131<br>Counsel for Ana Margarita Martinez | Number of process to be served with this Form - 285 | One |
|---|---|---|
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Phone number for JPMorgan Chase Bank, N.A. is 212/270-6000

| Signature of Attorney or other Originator requesting service on behalf of:<br>*Bryan T. West* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(305) 536-1112 | DATE<br>3/5/08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>P2 | District of Origin<br>No. 54 | District to Serve<br>No. 54 | Signature of Authorized USMS Deputy or Clerk<br>*Joann Hoodson* | Date<br>3/10/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Linda Platone | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 3-10-08   Time: 1:10 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>45.00 | Total Mileage Charges (including endeavors)<br>1.16 | Forwarding Fee | Total Charges<br>46.16 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
07-6607-VM

PRIOR EDITIONS MAY BE USED         **3. NOTICE OF SERVICE**         FORM USM-285 (Rev. 12/15/80)