UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――― x

GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

    Plaintiff,

- against -

AT&T CORP., CUBAN AMERICAN
TELEPHONE AND TELEGRAPH COMPANY,
and JPMORGAN CHASE BANK, N.A.,

    Garnishees.

―――――――――――――――――――――――― x

JPMORGAN CHASE BANK, N.A.,

    Garnishee-Respondent and
    Third-Party Petitioner,

- against -

GARY ANDERSON, as the Personal
Representative of the Estate of Howard
Anderson,

    Plaintiff-Petitioner and
    Adverse Claimant-
    Respondent,

- and -

AT&T CORP., and CUBAN AMERICAN
TELEPHONE AND TELEGRAPH COMPANY,

    Garnishee-Respondents
    and Adverse Claimant-
    Respondents,

- and -

07 Civ. 7974 (VM)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-08
```

```
ANA MARGARITA MARTINEZ,                    :
                                           :
              Adverse Claimant-            :
              Respondent,                  :
                                           :
       - and -                             :
                                           :
THE REPUBLIC OF CUBA,                      :
                                           :
              Adverse Claimant-            :
              Respondent.                  :
                                           :
-------------------------------------------x
```

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that the time for Garnishee-Respondent and Third-Party Petitioner JPMorgan Chase Bank N.A. and Garnishee-Respondents and Adverse-Claimant Respondents AT&T Corp. and Cuban American Telephone and Telegraph Company to respond to the joint motion for summary judgment in this action, as filed by Gary Anderson and Ana Margarita Martinez, shall be extended to and including September 23, 2008. No prior request for an extension has been submitted.

Dated: New York, New York
       September 5, 2008

DAVIS POLK & WARDWELL

By: _____
James L. Kerr
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

Attorneys for Garnishee-Respondent
and Third-Party Petitioner
JPMorgan Chase Bank, N.A.

2

SIDLEY AUSTIN LLP

By: /s/ Lynn A. Dummett
Lynn A. Dummett
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Garnishee-Respondents
and Adverse Claimant-Respondents
AT&T Corp. and
Cuban American Telephone and
Telegraph Company

TEW CARDENAS LLP

By: /s/ Bryan T. West
Bryan T. West
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
305-536-1112

Attorneys for Gary Anderson, as the
Personal Representative of the Estate of
Howard Anderson, and Ana Margarita
Martinez

SO ORDERED: 9 September 2008

_____
Victor Marrero
U.S.D.J.